1

2

3

4

5

Phillip Potter
2301 N. 66th Street
Scottsdale, Arizona 85257
Phone: 480.459.0310
E-Mail: phillip.t.potter@gmail.com
Plaintiff
Pro Se

6

7

8

9

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| Phillip Potter, | No. 2:25-cv-00663-PHX-DWL |
| Plaintiff, | |
| v. | |
| Robert Meza, in his private capacity; Karrin Taylor Robson, in her private capacity; Alane Ortega; Kris Mayes, in her official capacity as Arizona Attorney General; Joseph Welty, in his official administrative capacity as Presiding Judge of the Maricopa County Superior Court; and Does 1-60, inclusive, | **EXHIBITS ATTACHED TO FIRST AMENDED COMPLAINT** |
| Defendants. | |

1    Exhibit A

2

3    **Ashley McIver**

4    | Subject: | P90 Committee Meeting - Senate Majority Caucus Room |
     | Location: | Teams Link below: In-Person Senator Majority Caucus Room |

5    | Start: | Mon 8/23/2021 8:30 AM |
     | End: | Mon 8/23/2021 9:45 AM |
6    | Show Time As: | Tentative |

7    | Recurrence: | (none) |

8    | Meeting Status: | Not yet responded |

     | Organizer: | Rebecca Rios |
9    | Required Attendees: | Lela Alston; Paulino Valerio; Rebecca Rios; Reginald Bolding; Mitzi Epstein; Robert Meza; Rhonda Barnes; Jeff Winkler; Brenden Foland; Sean Laux; Victoria Steele; Stephanie Stahl Hamilton; david.adame@cplc.org |
10   | Optional Attendees: | Cindy Narvaez; Nikki Finch; Kathy Dominguez; Timothy Wilson; Andrea Martinez; Mary Peralta; Carmen Velarde; Dora Ramirez; Victoria Steele |
11   | | LELA ALSTON; Paula Peyerl |

12
     The meeting will take place in-person in the Senate Majority Caucus Room and via Teams for those who will join virtually
13   (link below).

     List of participants
14   In-Person:
     Sen. Rios
15   Sen. Steele
     Rep. Bolding
16   Rep. Epstein
     Rep. Meza
17   Virtual:
     Sen. Steele
     Sen. Alston
18   Rep. Stahl Hamilton
     Guest:
19   David Adame, Chicanos por la Causa
     Staff:
20   Jeff Winkler
     Rhonda Barnes
     Paulino Valerio
21   Brenden Foland
     Sean Laux

22
     Andrea Martinez
23   on behalf of Senator Rebecca Rios
     602-926-3073

24

25

26

1    <u>Exhibit B</u>

# How To Solve America's Deadly Domestic Violence Problem And Why The Solution Might Be Found In Phoenix

 IM360 STAFF

CAREY PENA REPORTS    PODCASTS

## Listen to this Podcast Episode

CAREY PEÑA REPORTS
**How To Solve America's Deadly Domestic Violence Problem. And Why The Solutio...**

30↶    00:00:00 / 00:22:31    ↷30    ⅀libsyn

"It's a public health epidemic because it is linked to child welfare.   Millions of dollars are lost to this issue.  We haven't uncovered the real impact, the trauma to men, women, children, and pets."

Dr. Maria Garay-Serratos is the CEO of Sojourner Center, a domestic violence shelter in Phoenix, Arizona that is breaking new ground both in principal and in practice.

The programs that Sojourner points to as successful will be discussed at the Symposium titled "A World Free From Domestic: Moving the Conversation".  It takes place April 14th.

"We have the Huffington Post, Forbes, Arizona Republic, Univision all talking about the issue.  Getting it to the global level takes away the stigma and gets people talking," says Arizona State Senator Robert Meza, who is one of the featured speakers.







Exhibit C

1    BURCH & CRACCHIOLO, P.A.
     702 E. OSBORN ROAD, SUITE 200
2        PHOENIX, AZ 85014
     TELEPHONE 602.274.7611
3

4    Jake D. Curtis, SBA #019726
     jcurtis@bcattorneys.com
5    Sarah N. O'Keefe, SBA #030131
     sokeefe@bcattorneys.com
6
     Jose Garay, #SBC200494
7    jgaray@garaylaw.com
     (Pro Hac Vice Application Pending)
8
     *Attorneys for Plaintiffs*
9

10       IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11       IN AND FOR THE COUNTY OF MARICOPA

12

13   MARIA ELENA GARAY-SERRATOS,    Case No. CV2017-008728
     a   married   woman,   ROBERT
     KNECHTEL, a married man, TERI
14   HAUSER, an unmarried woman,

15              Plaintiffs,          **PLAINTIFF TERI HAUSER'S**
                                     **SUPPLEMENTAL FACTS IN**
16   v.                              **SUPPORT OF HER MOTION FOR**
                                     **PARTIAL SUMMARY JUDGMENT**
17   DAVID  and  STEFANIE  FRANKE,
     husband and wife, MICHAEL and LISA   (Assigned to the Honorable Daniel Kiley)
18   KRILEY, husband and wife, DAVID and
     DAWN RAMIREZ, husband and wife,
19   PATRICK  and  LAURA  RAMIREZ,
     husband    and    wife,    JEANETTE
20   EVERETTE, an unmarried woman, TERE
     AND    FREDERICK    CAMARENA,
21   husband and wife, JEFF and JANE DOE
     TREMBATH,   husband   and   wife,
22   STANLIE JAMES, an unmarried woman,
     SOJOURNER CENTER, an Arizona non-
23   profit corporation,

24              Defendants.

25

26
         Plaintiff Teri Hauser hereby provides supplemental facts in support of her motion
27   for partial summary judgment.

28

75

any of the categories of for-cause termination listed in the Employment Agreement, and specifically Section 6.3(d) respecting the misappropriate of funds or property.

**D. Teri Was Not Given an Opportunity to Cure the Alleged Violation of Company Policy.**

Sojourner also claims Teri violated various company policies and procedures. Sojourner misleadingly quotes Section 6.3(b) to imply that any violation of Sojourner policy justifies for-cause termination. This section explicitly requires that Teri be provided an opportunity to cure any alleged violation at least ten days prior to termination. Sojourner has not identified any company policy of which she was made aware and given the opportunity to cure prior to her termination. In the absence of such evidence, no reasonable fact-finder could conclude Teri violated Section 6.3(d).

The only specific violation of company policy alleged by to have been breached by Teri is that former CEO and plaintiff Maria Garay-Serratos entered into an agreement with state legislator Robert Meza to provide consulting services. Mr. Franke admitted at his deposition that Ms. Garay-Serratos was given an opportunity to cure this alleged violation of Sojourner policy and that she did so:

> Q. Okay. I guess I was asking so when you -- when you realized that there was this consulting contract with Senator Meza's --
> A. Oh, probably --
> Q. You got to wait. She can't take everything down twice.
> A. I'm sorry.
> Q. I guess what actions did the board take once they learned about this?
> A. Indicated to Maria that it was not an appropriate relationship, and we wanted to terminate the relationship and asked her to terminate the contract.
> Q. Okay. And what did she say in response to that?
> A. She was disappointed but understood, and we eventually, I think late January 2017, terminated the contract.
> Q. Okay. So it sounds like she was given an opportunity to cure this violation of company policy and that she did so. Do you agree with that?
> A.    Yes.

PRSOF at ¶ 44.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Dave Franke
September 14, 2017

Page 36

1  give me the -- explain to me the details of the

2  improper use of donor funds.

3      A.  Charitable executives are held to a standard

4  of care around donor funds that is outlined and

5  identified both at a federal level, and Arizona has

6  adopted it at the state level, the UPMIFA Act at the

7  federal level, and I think Arizona is something like

8  the charitable -- Management of Charitable Funds Act

9  that's along the lines of UPMIFA.  It indicates that if

10  you've been given a restricted gift that that gift has

11  to be used for the stated purposes, and we uncovered

12  incidents where that was not the case, not followed.

13      Q.  Okay.  And when -- when was this non-permitted

14  use of restricted funds identified?

15      A.  In January.

16      Q.  Okay.  And how was it uncovered?

17      A.  Through an anonymous letter from a Sojourner

18  employee in a --

19      Q.  Go ahead.

20      A.  -- e-mail to the board.

21      Q.  Okay.  And then did somebody on the board do

22  an investigation?

23      A.  Yes.

24      Q.  Who was that?

25      A.  Myself.

BARTELT | NIX
602-254-4111

Dave Franke
September 14, 2017

Page 84

1   documentation about that?

2       A.  Or the financial department.

3       Q.  Okay.  It's something we can figure out one

4   way or another for sure.  Right?

5       A.  If they have the records.

6       Q.  Okay.  So now let's go to page 5, Section 6.3,

7   definition of for-cause termination.  Okay.  So, again,

8   tell me just generally the reasons why Teri was

9   terminated for cause.

10      A.  Specifically her in particular as a

11  fundraising professional, the donor funds, BRAIN, and

12  training kitchen, misuse of restricted funds.

13      Q.  Anything else for her?

14      A.  Collectively a part of the cultural issues

15  described previously.

16      Q.  Okay.  So I guess what role would she have in

17  the use of the restricted funds?

18      A.  She's the primary donor relations person,

19  professional, and would know that those funds should be

20  kept restricted.

21      Q.  I mean, is there some evidence that she

22  initiated the use of those restricted funds for general

23  operating purposes?

24      A.  No.  But, you know, didn't stop or make us

25  aware of it, make the board aware of that.

BARTELT | NIX
602-254-4111

1

Exhibit D

2

<table>
<tr><td colspan="2"><b>990 Schedule O, Supplemental Information</b></td></tr>
<tr><td>Return<br>Reference</td><td>Explanation</td></tr>
<tr><td>FORM 990,<br>PART VIII</td><td>LINE 7A-7D  A LOSS TOTALING 235,972 WAS INCURRED DUE TO THE SALE OF IMHR EPICENTER'S ASSET<br>S TO AN UNRELATED ARIZONA NONPROFIT ORGANIZATION  LINE 11A  MERCY MARICOPA INTEGRATED CARE<br>FORGAVE CONTRACT ADVANCES TO IMHR EPICENTER TOTALING 947,453</td></tr>
</table>

<table>
<tr><td colspan="2"><b>990 Schedule O, Supplemental Information</b></td></tr>
<tr><td>Return<br>Reference</td><td>Explanation</td></tr>
<tr><td>FORM 990,<br>PART IX,<br>LINE 11G</td><td>CONSULTING 0 23,107 1,000 CONSULTING - EPICENTER 175,947 1,792 0 OTHER - EPICENTER 223 3,666 0 TOTAL 176,170<br>28,565 1,000</td></tr>
</table>

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | | | DLN: 93493240008109 |
|---|---|---|---|---|

**SCHEDULE R** (Form 990)

**Related Organizations and Unrelated Partnerships**

OMB No  1545-0047

**2018**

► Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37.
► Attach to Form 990.
► Go to *www.irs.gov/Form990* for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

**Open to Public Inspection**

Name of the organization
INSTITUTE FOR MENTAL HEALTH RESEARCH

Employer identification number
86-1030444

**Part I**   **Identification of Disregarded Entities** Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

| (a)<br>Name, address, and EIN (if applicable) of disregarded entity | (b)<br>Primary activity | (c)<br>Legal domicile (state<br>or foreign country) | (d)<br>Total income | (e)<br>End-of-year assets | (f)<br>Direct controlling<br>entity |
|---|---|---|---|---|---|
| (1) IMHR EPICENTER<br>1415 N 1ST STREET<br>PHOENIX, AZ 85004<br>81-1966321 | HEALTH | AZ | 1,262,393 | 128,799 | IMHR |



Exhibit E

**Televerde**

General 888-925-7526  **Global Headquarters**
Sales    888-787-2829  4636 E. University Drive, Suite 150
info@televerde.com        Phoenix, AZ USA 85034
🐦 @televerde          televerde.com

January 29, 2020

Arouet Board Members

To Whom it May Concern,

As we move into 2020 we will be expanding the Televerde operation into other states.  In preparation for that we need to determine how Arouet supports that expansion and ensure that the business plan is aligned with Televerde and can be executed effectively.

As the CEO of Televerde, I am concerned about the current management of Arouet, the current brand of the nonprofit and where its focus is to raise monies.  As the major main contributor to the operational expenses I want to ensure that 2020 is a growth year for the organization both in fund raising and in driving programs that truly benefit the ladies of Televerde as they reenter society.

To that end I have no confidence in Alison Rapping as CEO and would request that we replace her as soon as possible.

I would like to recommend that we look at Michelle Cirocco to replace Alison as CEO.  Michelle has the requisite business skills, the position in the market to attract speaking and interview opportunities and she truly represents the model.

Much of the work Michelle has been doing on behalf of Televerde should really have been undertaken by Arouet as a spokesperson for the program, working with companies to provide more opportunities for the ladies to gain skills (outside of the Televerde model) and someone that will ensure the brand of Arouet is elevated effectively to solicit funding and programs.

I would appreciate your prompt attention and response to my request and recommendation.

Regards,

Morag Lucey
Chief Executive Officer
Televerde

Generating Demand. Accelerating Sales.

Televerde

Global Headquarters
4636 E. University Drive, Suite 150
Phoenix, AZ USA 85034
televerde.com

February 27, 2020

Dear Arouet Board Members:

I am writing to this Board to clarify Televerde's position with respect to recent events related to its relationship with the Arouet Foundation and more specifically, to dispel any inaccurate information that has been circulating in both internal and external communications between Televerde and Arouet.

The fundamental basis of the cessation of the Televerde and Arouet Foundation relationship is Televerde's disapproval of the unsatisfactory performance of Arouet CEO, Alison Rapping, a position that has been communicated to the Arouet Board of Directors on numerous occasions. In early November of 2019, Vince Barsolo, founding Board member of the Arouet Foundation and former Televerde COO, communicated to Lynne Oldham, Chairwoman of the Arouet Board of Directors, Televerde's concerns with Arouet's CEO.  On November 7, 2019, Michelle Cirocco, Televerde Chief Social Responsibility Officer and Arouet Board member, was informed via text message by Lynne that "We [Alison and Lynne] had a discussion on Saturday.  She [Alison] has a plan she is executing on to make changes. We need to watch and listen to see improvement.  I have it all written up."

Our concerns with the CEO have centered around the questionable business decisions being made by Arouet. as well as Alison's specific and heightened focus on government and politics. As you can appreciate, with Televerde's customer base and our partner relationships with the DOC and other government entities, we cannot be associated with any political platform.

On the business side, we had an increasing number of concerns.  One of the main issues was that the Arouet programming was erratic. There had been no graduation from the mentoring program since August 2019, the Televerde Scholarship fund had only provided funding for two ladies in the last two years,  and the ladies were being pulled away from their work to do mandatory Arouet training which negatively impacted their ability to deliver for the customers they supported.  Televerde's new COO, Toby Parish, specifically asked for all Arouet programming to be carried out after business hours.  However just this week we learned that once again our ladies were being told they had to do the training during work hours, often at overtime rates.

Another example of poor business judgement by Arouet was the recent decision to fly an Arouet employee from Phoenix to Rockville to raise $1100 from the Televerde ladies in the Rockville center, without Televerde management approval.  The monies raised by this effort would be negated by the expenses incurred in travel and travel related expenses. What is even more astounding is that the Televerde ladies in Rockville do not receive any benefits from Arouet, as we elected not to expand the Arouet program into Indiana until we resolved the issues with the programming and focus of Arouet to ensure alignment with Televerde's goals. Alison was aware of Televerde's position with respect to Indiana expansion, and still deemed it appropriate to approve this trip, again, without Televerde's knowledge or approval.

General 888-925-7526
Sales 888-787-2829
info@televerde.com
televerde.com

Generating Demand. Accelerating Sales.

As I stated at the beginning of my letter, our issues with the performance of Arouet's CEO and its changed direction could and should have been discussed in a professional and reasonable manner, to avoid the current state of misinformation and falsities that have resulted from this week's severance between the two organizations. The following is a timeline of events that illustrates the chaotic and unprofessional manner in which the situation has unfolded and led up to this week's announcement of the shift in the Arouet and Televerde relationship:

On January 29- Televerde sent a letter addressed to the Arouet Board of Directors via email to the attention of Lynne Oldham, expressing Televerde's continued concerns about the performance of Arouet's CEO and the change in direction of Arouet's mission.

On February 3- I met with Lynne at Televerde's offices to discuss the future of Arouet, its partnership with Televerde and my dissatisfaction with Alison's performance of her duties as CEO.

On February 7- I received a text message from Lynne informing me that the discussion regarding Alison's unsatisfactory performance "came out of the blue" and that the Arouet Board would be taking Televerde's concerns under consideration. Furthermore, I was told that Arouet would formally respond in writing within two weeks.

On February 18- When I had not received a written response as expected from Arouet, I once again reached out to Lynne via email. I informed her that we had not heard back from Arouet, and that until such time as we received a response, and/or request for a meeting to further discuss, that we would be withholding any funding to Arouet. I confirmed Televerde's commitment to provide office space and utilities in the interim period until a clear path forward was established.

On February 23- I received a response from Lynne addressed to me, the Televerde Operating Committee and the Televerde Board of Directors informing us that Arouet had decided to sever ties with Televerde, would be ceasing all programming for the Televerde workforce by February 28, and that it intended to vacate Televerde's premises by Mach 6.

On February 24- I responded to Arouet's position letter, acknowledging and accepting Arouet's decision to part ways, and requested that no contact be made with the Televerde workforce using their Televerde emails. Concurrently, we sent out a communication to the Televerde corporate and engagement center workers informing them of Televerde and Arouet's amicable parting.

On February 25, Tami Martinez, on behalf of Arouet, sent an email to Televerde employees on their Televerde emails, despite my specific request not to use Televerde email addresses, informing them that this decision "caught [Arouet] off guard" and that programming for Televerde women would continue (despite the counter-indication in the letter from Arouet dated February 23). I once again asked Lynne to not contact our employees using Televerde emails and her response on the same day via email was that "our donors and program participants are proprietary to Arouet, regardless of their professional affiliation."

Generating Demand. Accelerating Sales.

As noted in the above timeline of events, what began as a business discussion regarding performance of a CEO with fiduciary duties to its Board of Directors, has escalated into a series of mistruths and miscommunications amongst two organizations that have partnered over the years to provide services to the most disempowered members of our community. I would not only like to set the record straight, but also want to cease all the negative communications and rumors.

It is for this reason, that I believe it is in the best interest of both Televerde and Arouet, that Arouet vacates Televerde's premises by end of day on Friday, February 28, the same day Arouet's letter purports to cease providing programming to the Televerde ladies. Furthermore, I bring to the attention of this Board, that Televerde will be reclaiming any and all funds in the Televerde Scholarship fund, to be used at Televerde's sole discretion for programs of its choosing. Lastly, I request that Arouet's website be updated to remove all Televerde references, and its office location and contact information be appropriately updated in a timely manner.

We wish you continued success in all your future endeavors.

Sincerely,

Morag Lucey
CEO, Televerde

Generating Demand. Accelerating Sales.

83

1

2

3    May 20, 2020

4
     Alison Rapping
5    CEO Arouet Foundation
     Phoenix, AZ
     Delivered via email to:  arapping@arouet.org
6

7    Dear Alison:

     This letter should serve as an official warning to you. Your performance has not met the expectations
8    the Board has for your position.

9    There have been several events that have precipitated this document, but this is not the first time that
     we have discussed some of these items.  Multiple Board recall past conversations and interactions on
10   these topics which I will reference below.

11   Upon attending Arouet's Mother's Day event, we learned that it was opened by Robert Mesa.  We
     believe that this was an unfortunate start to an important event for us because it made it feel too
     political.  We have repeatedly discussed Robert's involvement in Arouet and its events and have
12   expressed the Board's preference not to have relationship front and center.

13   In addition, we learned that you committed us to real estate in PHX in an office with Robert Mesa.  This
     surprised me given our previous very vigorous dialogue about this office and co-locating with Robert.
14   In addition, Tim Vatuone recalls a similar conversation with you on or about March 5 when he had a
     one-on-one with you where he also discussed the excessive uber spending.  The issue here is not only
15   co-location but also financial commitment to additional monthly monies in a time when we do not need
     to spend it.
16
     Finally, the Board had previously learned of a contract to pay Robert Mesa $1000 per month.  Firstly,
17   while I have not seen the contract, you have told me that it is with Robert's company and that many
     politicians perform services for non-profits for hire including Robert.  You had been paying Robert
18   directly (not his company) for a portion of this contract.  When the Board discovered this and became
     uncomfortable for the reasons previously stated above of not wanting to be seen as politically
19   connected to Robert, you took it upon yourself to change the check-writing to Leslie (an employee of
     Robert's) and current recipient of the $1000 per month from Arouet's account.  Again, we only
20   uncovered this on the Mother's Day call where Leslie stated that she was on the call "to learn about
     Arouet so when she is on the phone with constituents she can better represent us".  I understand from
21   our conversation last week that the contract ends in June.  You are to provide me with a copy of the
     contract by Wednesday, May 20 so we can confirm.  The billing will be changed back to Robert's
     company for the balance of the contract.
22   This is the final time you will be warned about these issues. Failure to take care of these problems
     immediately can result in discipline, up to and including, termination of employment. First, you are to
23   immediately inform the landlord that we will not be moving into the real estate in Phoenix with Robert.
     Any future real estate transaction that we collectively decide on with have a proper lease and be co-
24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

signed by a Board member.  For additional clarity, we do not expect that we need to enter into another real estate transaction until potentially sometime in the fall due to COVID.  Also, effective immediately, you will no longer be able to obligate Arouet Foundation to contracts and financial expenses without a counter signature by a Board member. In addition, you must strictly abide by the Arouet Foundatiuon Expense Policy. Finally, any and all contracting with Robert Mesa for services, etc. must be discussed and approved by the Board.

We value you as CEO of Arouet and hope that you take the necessary steps to improve your performance. The Board feels that financial stewardship including revenue generation and expense management IS the critical part of your role and we expect you to carry it out with your utmost care.

Please contact me if you have any questions about this matter. An e-mail can be sent to lynne.oldham@yahoo.com.

Sincerely,


Lynne Oldham

1  <u>Exhibit F</u>

2

3

4  **To:**      Lynne Oldham[Lynne Oldham]; Tim Vatuone[Tim Vatuone]; Chevera Trillo[Chevera Trillo]; Dana
   saylor[Dana saylor]; Chevera Trillo[Chevera Trillo]; Alison Rapping[Alison Rapping]
   **From:**    Colleen Schwab
5  **Sent:**    Tue 5/11/2021 11:45:19 AM
   **Subject:** Re: Arouet unsecure
6  image001.png

   Exciting! Sounds wonderful and looking forward to hearing more.

7
   Colleen Schwab
8  SVP, Marketing & Communications
   Greater Phoenix Economic Council
9  m: 602-359-1176

10 **From:** Lynne Oldham <lynne.oldham@zoom.us>
   **Sent:** Monday, May 10, 2021 7:03:55 PM
   **To:** Tim Vatuone <tim@vatuoneconsulting.com>; Chevera Trillo <░░░░░Redacted░░░░░>; Colleen Schwab
11 <cschwab@gpec.org>; Dana saylor <░░░Redacted░░░>; Chevera Trillo <ctrillo@azdes.gov>; Alison
   Rapping <arapping@arouetempowers.org>
12 **Subject:** Fwd: Arouet unsecure

   Good news!  Allison, let's talk tomorrow.
13
   Sent from my iPhone
14
   Begin forwarded message:
15

16         **From:** Maria Spelleri <Maria.Spelleri@cplc.org>
   **Date:** May 10, 2021 at 9:42:01 PM EDT
17 **To:** Lynne Oldham <lynne.oldham@zoom.us>, David Adame <david.adame@cplc.org>
   **Cc:** Andres Contreras <Andres.Contreras@cplc.org>, Alison Rapping
18         <arapping@arouetempowers.org>, "Janis C. Gallego" <Janis.Gallego@cplc.org>
   **Subject: RE: Arouet unsecure**

19
20         Hello Lynne,

21         I'm the General Counsel of CPLC.  We are so excited about the merger with
           Arouet.  Our CPLC Board of Directors approved the merger at our Board
22         meeting on April 28, 2021.  So now it's just about executing on the merger
           plan in a way that preserves all the hard work Arouet has taken to date.  I'd
23         like to touch base with Allison this week (tomorrow if possible given
           schedules) to catch up on all Arouet's activities.  Allison, and my Associate
24         Counsel, Janis Gallego, and our respective teams have done much, if not all,
           the heavy lifting on this.  I believe we just need to obtain one or two

25

26

1

2

3     required approvals (i.e. from a bank with regards to a PPP loan) to
      consummate the merger.

4     What we would be happy to do is work with Allison on laying out the next

5     steps in detail for you and the Arouet Board.  We can structure the
      consummation of the transaction in a way that CPLC can take much of the

6     load from the Arouet Board.  I just want to make sure we address all issues
      that Allison can help us identify.  I hope to have that to you shortly, and no

7     later than this week.  In the meantime, if you have any questions, please do
      not hesitate to contact me at [Redacted]

8

9     Best regards,

      Maria Spelleri

10

11    **Maria Morales Spelleri**
      EXECUTIVE VICE PRESIDENT & GENERAL COUNSEL
      LEGAL | COMPLIANCE | INTERNAL AUDIT | RISK MANAGEMENT | HUMAN RESOURCES

12

13

      Chicanos Por La Causa, Inc.
14    1112 E. Buckeye Rd., Phoenix Az 85034
      (602) 257-6719
      Maria.Spelleri@cplc.org
15    website | facebook

16    Confidentiality Disclosure: All of the sender's e-mails and any files transmitted therewith are
      confidential and are intended solely for the use of the individual or entity to whom they are addressed.
      Such communications may contain material protected by the attorney-client privilege. If you are not the
17    intended recipient or the person responsible for delivering an e-mail to the intended recipient, be
      advised that you have received such e-mail in error and that any use, dissemination, forwarding, printing
18    or copying of such e-mail is strictly prohibited. If you have received an e-mail in error, please
      immediately notify our office by telephone.

19

20    **From:** Lynne Oldham <lynne.oldham@zoom.us>
      **Sent:** Sunday, May 9, 2021 9:27 PM
21    **To:** David Adame <david.adame@cplc.org>
      **Cc:** Andres Contreras <Andres.Contreras@cplc.org>; Alison Rapping <arapping@arouetempowers.org>;
      Maria Spelleri <Maria.Spelleri@cplc.org>
22    **Subject:** Re: Arouet

23    Thank you David. I am traveling tomorrow arriving on the east coast after 4pm PT.

24

25

26

1

2

Sent from my iPhone

3

On May 9, 2021, at 7:15 PM, David Adame <david.adame@cplc.org> wrote:

4

Lynne

5

Thank you I will connect with you tomorrow.   I will be discussing with our General
Counsel next steps

6

7

**David Adame**

8

PRESIDENT & CEO

9



10

11

1112 E. Buckeye Rd. | Phoenix, AZ 85034
W (602) 257-0700 | david.adame@cplc.org

12

website | facebook

13

14

On May 9, 2021, at 7:02 PM, Lynne Oldham

15

<lynne.oldham@zoom.us> wrote:

16

Good morning David

17

I meant to write this email Tuesday morning after our board meeting
but it's been quite a week. We met on Monday nights as a board for
Arouet and discussed where we are with respect to CPLC. As you can
imagine, we are all anxious to understand next steps.  Since our MOU
expires at the end of the month, we'd like to get more concrete
quickly. We are in a position where we're going to need to add more
board members if this does not work out. We can't afford to put our
mission and fundraising at risk due to the months we've invested in
these discussions. Please help me put my board at ease about this
transaction. As always, thank you.

18

19

20

21

Lynne

22

917-692-1995
Sent from my iPhone

23

24

25

26

88

1    <u>Exhibit G</u>

2

3

4

5

6

7

8

9

10

11

12

13

14



15

16

17

18

19

20

21

22

23

24

25

26

Exhibit H

To:  Tasneem Doctor                                                        Details

Think you should schedule an hour with an attorney early this week too. Black gives a free consultation.

iMessage with (602) 525-4087                                    4/15/18, 6:54:49 PM

Ok. I will

 Gmail                                Phil Potter <phillip.t.potter@gmail.com>

### Re: Initial telephonic consultation with attorney Phil Flemming at 2:00 p.m. today
4 messages

Polly Carpenter <GPC@robainalaw.com>                     Thu, Apr 19, 2018 at 12:29 PM
To: "Phillip.t.potter@gmail.com" <Phillip.t.potter@gmail.com>

Hi Mr. Potter:

It was a pleasure speaking with you.  Per our conversation, please complete the attached consultation forms and return them to me, via fax or email, along with any additional documents you want Mr. Flemming to review during your telephonic consultation.  It is my understanding that you will also forward these consultation forms to Ms. Doctor for her completion as well.  As we discussed, the consultation fee is $280 per hour and will include all time spent reviewing your documents and consulting with you over the phone.  We will call you 5-10 minutes before your scheduled consultation time so that we can take down your credit card information.  Initially, you will be charged for the first hour; anytime spent after the first hour will be pro-rated and charged after the consultation is finished. We accept Visa, MasterCard, Discover and American Express for credit card payments.

Thank you,

Polly

**POLLY CARPENTER**
**Legal Assistant**

Robaina & Kresin PLLC

5343 North 16th Street, Suite 200
Phoenix, Arizona 85016-3231
602-682-6450 (voice); 602-682-6455 (fax)
gpc@robainalaw.com

2 attachments

IEC form $280-new address.pdf
96K

Client Information Form-new address.pdf
163K

Phil Potter <phillip.t.potter@gmail.com>                     Thu, Apr 19, 2018 at 12:51 PM
To: "ebmedical77@gmail.com" <ebmedical77@gmail.com>

[Quoted text hidden]

2 attachments

Exhibit I

Date: March 7, 2020

Dear Sir:

I am sending this letter to you as a courtesy to inform you that a contract employee of yours is running a non-profit corporation in Arizona that is a scam. He is currently under investigation with the Arizona Attorney General's Office and the IRS Criminal Investigation Division for stealing veteran funds from his phony non-profit. I am enclosing several shell corporations that Potter has been using to move funds around without paying income taxes.

Furthermore, he used the scam and funneled monies to his mother and wife even though they make no contribution to the non-profit. Phoenix, who has made donations to his "veteran" non-profit, forced him out of the office space he was provided free of charge as a non-profit. Unfortunately, he is using the good name of the University of Alabama to further his criminal activity.

If you are giving Potter university taxpayer funds, you will be supporting a scam artist. Potter is also embroiled in a domestic lawsuit in Arizona for physically abusing his third wife and there 6-month-old child. The restraining orders can be found in the Justice Court of Maricopa County, Arizona.

Regards,
A Concerned Citizen

Exhibit J

**From:** Cassandra Wicklund [mailto:cwicklund@az.gov]
**Sent:** Monday, March 12, 2018 9:00 AM
**To:** Robert Meza <rmeza@azleg.gov>; Grant Packwood <grant.packwood@azpsa.org>
**Cc:** Samantha Orth <sorth@az.gov>; Brendon Cross <bcross@az.gov>; Christina Corieri <ccorieri@az.gov>; Yasmin Ramos <yramos@az.gov>; TKrepitch@azleg.gov
**Subject:** PLZ RESPOND: 3-16 Gov Ducey - People Service Action (PSA) Behavioral Health Luncheon & Private Meeting w/ Open Hearts CEO DETAILS

Sen. Meza & Mr. Packwood -

Checking back on the below email since this event is Friday this week.

See below.

Thank you,

———————————————

**Cassie Wicklund**

On Tue, Mar 6, 2018 at 11:40 AM, Cassandra Wicklund <cwicklund@az.gov> wrote:

Sen. Meza & Grant -

Thanks for your time over the phone today. I have added some notes below and highlighted in green information I will still need to received at least two days before the event.

I will check on the private meeting with Open Hearts CEO and whether or not Mrs. Ducey will be able to attend.

As far as seating at Gov Ducey's table, Senior Policy Advisor Christina Corieri will attend the event with Gov Ducey. May she also sit at Governor's table? Should Angela attend, she will also sit there.

I have CC'd Samantha Orth (who will arrive at 10:45 AM on day of event in advance of Governor) and Brendon Cross (who prepares the Governor's remarks).

Thanks for all of your help!

--

**Staffer:** Samantha Orth, (623) 696-6672

**Event POC:** AZ State Senator Robert Meza, (602) 421-1702 // Grant Packwood, (PSA, Development) (602) 617-3881, grant.packwood@azpsa.org

**Event Name:** People Service Action (PSA) Behavioral Health Luncheon & Private Meeting w/ Open Hearts CEO

**Attire:** Business

---

**Date:** Friday, March 16th, 2018

**Location:** Arizona Biltmore, Gold Room (for luncheon) & Wright Room (for private mtg) - 2400 E Missouri Ave, Phoenix, AZ 85016

**Arrival:** 11:45 AM / **Speak @** TBD PM / **Depart:** 1:15 PM

**Expected Attendance:** 220

**VIP's:** VIP's/attendees list via email

```
From:     Tom Krepitch <TKrepitch@azleg.gov>
Sent:     3/12/2018 2:43:37 PM
To:       ccorieri@az.gov
Subject:  FW: PLZ RESPOND: 3-16 Gov Ducey - People Service Action (PSA) Behavioral Health Luncheon & Private Meeting w/
          Open Hearts CEO DETAILS
```

Hi, Christina.

The list for the Wright Room meeting will be Governor Ducey, Senator Meza, Argie Gomez, Sharon Harper, Mi-Ai Parrish and Susie Stevens.

Sincerely,
Tom

TOM KREPITCH
ASSISTANT TO SENATOR ROBERT MEZA, LD30
1700 W WASHINGTON ST, PHOENIX AZ 85007
602 926 3425 TKREPITCH@AZLEG.GOV

```
From:     Tom Krepitch <TKrepitch@azleg.gov>
Sent:     3/12/2018 11:07:29 AM
To:       Cassandra Wicklund; Grant Packwood
Cc:       Robert Meza; Samantha Orth; Brendon Cross; ccorieri@az.gov; Yasmin Ramos
Subject:  RE: PLZ RESPOND: 3-16 Gov Ducey - People Service Action (PSA) Behavioral Health Luncheon & Private Meeting w/
          Open Hearts CEO DETAILS
```

Hi, everyone. Here a few notes from my conversation with Senator Meza.

- After the luncheon, a small group will meet for a quick 15 minute meeting. Senator Meza will walk the Governor to the Wright Room. The private meeting will be an opportunity for Governor Ducey, Senator Meza, Sharon Harper, and Mi-Ai Parrish to meet briefly with Argie Gomez, the CEO of Open Hearts and discuss what her organization is doing to improve behavioral health of foster youth. Open Hearts will be providing medical and behavioral health care to children in zip code 85015, which has the state's greatest number of youth in foster care. The organization will be receiving national recognition soon for their critical work in this area.

- The governor will be speaking at approximately 12:40 PM.

- All of the seats at the Governor's table are full, but Ms Corieri will be seated at a premium table adjacent to the Governor's.

Sincerely,
Tom Krepitch

TOM KREPITCH
ASSISTANT TO SENATOR ROBERT MEZA, LD30
1700 W WASHINGTON ST, PHOENIX AZ 85007
602 926 3425 TKREPITCH@AZLEG.GOV

From: Cassandra Wicklund [mailto:cwicklund@az.gov]
Sent: Monday, March 12, 2018 10:11 AM
To: Grant Packwood <grant.packwood@azpsa.org>
Cc: Robert Meza <rmeza@azleg.gov>; Samantha Orth <sorth@az.gov>; Brendon Cross <bcross@az.gov>; ccorieri@az.gov; Yasmin Ramos <yramos@az.gov>; Tom Krepitch <TKrepitch@azleg.gov>
Subject: Re: PLZ RESPOND: 3-16 Gov Ducey - People Service Action (PSA) Behavioral Health Luncheon & Private Meeting w/ Open Hearts CEO DETAILS

Thank you!

```
From:     Grant Packwood <grant.packwood@azpsa.org>
Sent:     3/12/2018 9:37:15 AM
To:       Cassandra Wicklund; Robert Meza
Cc:       Samantha Orth; Brendon Cross; Christina Corieri; Yasmin Ramos; TKrepitch@azleg.gov
Subject:  RE: PLZ RESPOND: 3-16 Gov Ducey - People Service Action (PSA) Behavioral Health Luncheon & Private Meeting w/
          Open Hearts CEO DETAILS
```

Attachments: PSAOCT17Corp LR.pdf , 2018 PSA Luncheon Agenda.pdf , List of VIPs.pdf

Good morning Cassie,

I have attached the run of show and the corporate packet that has bios for all honorees to this email. The Emily Jenkins being honored is the President and CEO of the Arizona Council of Human Service Providers.

As for a list of VIPs, we are finalizing a full list as final confirmations and table rosters are submitted by the sponsors. I have attached the confirmed VIPs that I do have to this email. Please advise if you would like additional categories beyond what we have listed. As we finalize the full seating I will send the full list of attendees as well.

On the subject of the Governor's table I just want to confirm that Mrs. Ducey is not able to attend (from a previous email) and that only Christina Corieri will be needing a seat?

I have spoken with Senator Meza regarding your other questions and he says that he will give you a call sometime today to discuss.

If you require any additional information or clarification please feel free to reach out.

Thank you,

Grant A. Packwood
Development Manager
PSA Behavioral Health Agency
c480-521-7965 | o602-995-1767
Grant.Packwood@AZPSA.org

93

**From:** Grant Packwood <grant.packwood@azpsa.org>
**Sent:** 3/12/2018 9:37:15 AM
**To:** Cassandra Wicklund; Robert Meza
**Cc:** Samantha Orth; Brendon Cross; Christina Corieri; Yasmin Ramos; TKrepitch@azleg.gov
**Subject:** RE: PLZ RESPOND: 3-16 Gov Ducey - People Service Action (PSA) Behavioral Health Luncheon & Private Meeting w/ Open Hearts CEO DETAILS

**Attachments:** PSAOCT17Corp_18.pdf ; 2018 PSA Luncheon Agenda.pdf ; List of VIPs.pdf

Good morning Cassie,

I have attached the run of show and the corporate packet that has bios for all honorees to this email. The Emily Jenkins being honored is the President and CEO of the Arizona Council of Human Service Providers.

As for a list of VIPs, we are finalizing a full list as final confirmations and table rosters are submitted by the sponsors. I have attached the confirmed VIPs that I do have to this email. Please advise if you would like additional categories beyond what we have listed. As we finalize the full seating I will send the full list of attendees as well.

On the subject of the Governor's table I just want to confirm that Mrs. Ducey is not able to attend (from a previous email) and that only Christina Corieri will be needing a seat?

I have spoken with Senator Meza regarding your other questions and he says that he will give you a call sometime today to discuss.

If you require any additional information or clarification please feel free to reach out.

Thank you,

Grant A. Packwood
Development Manager
PSA Behavioral Health Agency
c480-521-7965 | o602-995-1767
Grant.Packwood@AZPSA.org


**From:** Cassandra Wicklund [mailto:cwicklund@az.gov]
**Sent:** Monday, March 12, 2018 8:50 AM
**To:** Robert Meza <rmeza@azleg.gov>; Grant Packwood <grant.packwood@azpsa.org>
**Cc:** Samantha Orth <sorth@az.gov>; Brendon Cross <bcross@az.gov>; Christina Corieri <ccorieri@az.gov>; Yasmin Ramos <yramos@az.gov>; TKrepitch@azleg.gov
**Subject:** PLZ RESPOND: 3-16 Gov Ducey - People Service Action (PSA) Behavioral Health Luncheon & Private Meeting w/ Open Hearts CEO DETAILS

Sen. Meza & Mr. Packwood -

Checking back on the below email since this event is Friday this week.

See below.

Thank you,

———————————

**Cassie Wicklund**

On Tue, Mar 6, 2018 at 11:40 AM, Cassandra Wicklund <cwicklund@az.gov> wrote:

Sen. Meza & Grant -

Thanks for your time over the phone today. I have added some notes below and highlighted in green information I will still need to received at least two days before the event.

I will check on the private meeting with Open Hearts CEO and whether or not Mrs. Ducey will be able to attend.

As far as seating at Gov Ducey's table, Senior Policy Advisor Christina Corieri will attend the event with Gov Ducey. May she also sit at Governor's table? Should Angela attend, she will also sit there.

I have CC'd Samantha Orth (who will arrive at 10:45 AM on day of event in advance of Governor) and Brendon Cross (who prepares the Governor's remarks).

Thanks for all of your help!

--

**Staffer:** Samantha Orth, (623) 696-6672

**Event POC:** AZ State Senator Robert Meza, (602) 421-1702 // Grant Packwood, (PSA, Development) (602) 617-3881, grant.packwood@azpsa.org

**Event Name:** People Service Action (PSA) Behavioral Health Luncheon & Private Meeting w/ Open Hearts CEO

**Attire:** Business

**Date:** Friday, March 16th, 2018

**Location:** Arizona Biltmore, Gold Room (for luncheon) & Wright Room (for private mtg) - 2400 E Missouri Ave, Phoenix, AZ 85016

**Arrival:** 11:45 AM / **Speak @** TBD PM / **Depart:** 1:15 PM

**Expected Attendance:** 220

**VIP's:** VIP's/attendees list via email

**Staging:** Stage with podium and microphone attached

**Press:** Open to press

**Gov @ table:**

- Ballroom-style with round tables
  - 12 top roundtables
  - Gov seated at: Table #4 (Head table)
  - Other's seated with Gov: Christina Corieri, , Angela Ducey?, Sharon Harper, Mi-Ai Parrish, Sara Marriott (CEO, PSA Behavioral Health), President Steve Yarbrough, Rap. TJ Shope, Jessica Pacheco, Jeff Guldner (Executive VP of Public Policy, APS), Josh Nisbet (Client Relationship Exec., Deloitte), Chad Guzman (Gov't Affairs Rep, APS & PSA Board Member)

**Other Notes:** 5 awards will be presented throughout the luncheon to 5 "Champions" of behavioral health. Each "Champion" will speak during the luncheon, with Gov Ducey speaking last.

- Emily Jenkins, American writer of children's picture books - **Is this the correct Emily Jenkins? I found a bio online:**
- Tad Gary, COO of Mercy Maricopa Integrated Care
- Councilman Daniel Valenzuela, Phoenix (running for Mayor of PHX)
- Sara Marriott, CEO of PSA Behavioral Health
- Gov Doug Ducey

People Service Action (PSA) Behavioral Health Luncheon & Private Meeting w/ Open Hearts CEO **TIMELINE**
11:45 AM - Governor arrives, greeted by AZ Sen. Robert Meza & Grant Packwood (Development, PSA Behavioral Health)
**TIMELINE MINUTE-BY-MINUTE TBD** - will be sent
***AWAITING APPROVAL TO CONFIRM: 1:00 PM - 1:15 PM** - Private meeting after luncheon from **1:00 PM - 1:15 PM at Arizona Biltmore, Wright Room** with: Argie Gomez (CEO, Open Hearts), AZ Sen. Robert Meza, Sharon Harper, Doug Yonko (10 mins)
**1:15 PM – Departure**

---

**Cassie Wicklund**

*Director of Scheduling*

Office of the Arizona Governor Doug Ducey

1700 W Washington St.

Phoenix, AZ 85007

O: (602) 542-1369

C: (602)

E: cwicklund@az.gov

1

2

3  **Ashley McIver**

4  **From:**       Cassandra Wicklund <cwicklund@az.gov>
   **Sent:**       Thursday, March 15, 2018 9:25 AM
   **To:**         Robert Meza
5  **Subject:**    Re: PLZ RESPOND: 3-16 Gov Ducey - People Service Action (PSA) Behavioral Health
                   Luncheon & Private Meeting w/ Open Hearts CEO DETAILS

6

7  Sen. Meza -

8  Thank you! This is all confirmed - I sincerely appreciate all of your help.

9  Best,
   Cassie

10

11  — — — — — — —

12  **Cassie Wicklund**

13  *Director of Scheduling*

14  Office of the Arizona Governor Doug Ducey

15  1700 W Washington St

16  Phoenix, AZ 85007

17  O: (602) 542-1369

18  C:

19  E: cwicklund@az.gov

20

21  **NOTE: If you are emailing in regards to a scheduling request for Governor Ducey or First Lady Angela Ducey, please
    visit www.azgovernor.gov/engage, and fill out the appropriate form.

22

23  On Thu, Mar 15, 2018 at 8:41 AM, Robert Meza <rmeza@azleg.gov> wrote:

24  Cassie,

25  I am writing to double verify the details for the luncheon tomorrow.  Please let me know if you have any questions.

26

96

1  We would like the governor to arrive at 11:45. After the luncheon ends at 1:00, there will be a fifteen minute meeting with the governor and Argie Gomez, the CEO of Open Hearts, a nonprofit that has been around for about 40

2  years. Their demographic is foster youth in the behavioral health and medical health arenas. They are helping children, as well as their foster parents. They will be getting national recognition in the coming months, so we want the

3  governor to hear about what they are doing. Also in the meeting will be Sharon Harper, Mi-Ai Parrish, Susie Stevens, Barb Meaney, Christina Corieri, Steve Trussell, and myself.

4

5  Immediately after the luncheon, I will walk Governor Ducey and his security staff to the Wright Room, which is very close to the room where the luncheon will be. I will make sure that the meeting lasts only 15 minutes, to respect the

6  governor's time.

7

8  Sincerely,

9  Senator Robert Meza

10

11  **From:** Cassandra Wicklund [mailto:cwicklund@az.gov]
**Sent:** Monday, March 12, 2018 11:09 AM
**To:** Tom Krepitch <TKrepitch@azleg.gov>

12  **Cc:** Grant Packwood <grant.packwood@azpsa.org>; Robert Meza <rmeza@azleg.gov>; Samantha Orth <sorth@az.gov>; Brendon Cross <bcross@az.gov>; ccorieri@az.gov; Yasmin Ramos <yramos@az.gov>

13  **Subject:** Re: PLZ RESPOND: 3-16 Gov Ducey - People Service Action (PSA) Behavioral Health Luncheon & Private Meeting w/ Open Hearts CEO DETAILS

14

15  Thank you, Tom!

16

17

18  — — — — — —

19  **Cassie Wicklund**

20  *Director of Scheduling*

Office of the Arizona Governor Doug Ducey

21  1700 W Washington St

22  Phoenix, AZ 85007

23  O: (602) 542-1369

24  C:

25

26

97

# Tentative 2018 PSA Luncheon Agenda:

## Friday March 16th

**PSA**
*People/Service/Action*

- **11:15am: People Arrive**
- **11:45am: Doors Open**
- **12:00pm: Program Begins**
  - MC welcomes crowd
  - MC brings up Tasneem and Meza
  - Tasneem introduces the PSA Board and the Planning Committee.
- **12:05pm:**
  - Meza introduces corporate sponsors
    1. APS, Blue Cross Blue Shield, Mercy Maricopa Integrated Care, and Mercy Care Plan
    2. Special shoutout for Awards and Flowers sponsors of I-Tether, Triadvocates, and Gretchen
  - MC introduces elected officials.

- o MC honorary chair Sue Glawe.
- **12:20pm**
  - MC introduces PSA Video + Testimonial.
- **12:25pm:**
  - MC introduces the honorees:
    1. **Emily Jenkins**
       - Video shown.
       - Emily speaks.
    2. **Tad Gary**
       - Video shown.
       - Tad speaks.
    3. **Councilman Daniel Valenzuela**
       - Video shown.
       - Councilman speaks.
    4. **Sara Marriott**
       - Video shown.
       - Sara speaks.
    5. **Governor Ducey**
       - Video shown.
       - Governor speaks.
- **1:10pm:**
  - MC thanks sponsors and closes the event.

**Confirmed Elected Officials:**

1. Governor Ducey
2. Senator Brophy-McGee
3. Senator Lisa Otondo
4. Senator Sean Bowie
5. Senator Nancy Barto
6. Senator Karen Fann
7. Senator Catherine Miranda
8. Representative Heather Carter
9. Representative Diego Espinoza
10. Representative Macario Saldate
11. Representative TJ Shope
12. Phoenix City Councilman Danny Valenzuela

98

1

2

**Ashley McIver**

3

| From: | Lisa Otondo |
|---|---|
| Sent: | Thursday, January 11, 2018 4:43 PM |
| To: | .ALLHMEMS;.ALLSMEMS |
| Cc: | .All House Secretaries;.ALLSSECS |
| Subject: | CORRECTION: LUNCH INVITE - PLEASE RSVP |

4

5

6

Members,

7

Please note the CORRECT DATE FOR THE LUNCH IS JAN. 23RD at 11:30.  I apologize for the confusion.

8

Thanks for your interest and RSVP's.

9

Lisa

10

11

Senator Lisa Otondo
Legislative District 4
602-926-3002
lotondo@azleg.gov
Transportation & Technology Committee, Ranking Member
Natural Resources, Energy & Water Committee

12

13

14

15

**From:** Lisa Otondo
**Sent:** Thursday, January 11, 2018 4:09 PM
**To:** .ALLSMEMS <ALLSMEMS@azleg.gov>; .ALLHMEMS <ALLHMEMS@azleg.gov>
**Cc:** .ALLSSECS <ALLSSECS@azleg.gov>; .All House Secretaries <AllHouseSecretaries@azleg.gov>; Barbara Wellman <bwellman@azleg.gov>
**Subject:** LUNCH INVITE - PLEASE RSVP

16

17

18

Members,

19

Please join me and Sen. Robert Meza as we host the Board members on the PSA (People Service Action) Behavioral Health Agency for lunch on Tuesday January 16 at 11:30 AM – 1:00 PM in Senate Dem. Caucus Rm. 2.

20

21

PSA Behavioral Health Agency does some incredible work and is responsible for the "Art Awakenings" – a new and creative way in working with those with psychiatric disabilities.  Come and meet the  PSA Health Bd. Members, and learn about their work on mental and behavioral health issues affecting our state.

22

23

Please RSVP to my assistant, Barb Wellman

24

25

26

1    <u>Exhibit K</u>

2

3

4    ## VIP Event Update

5

6    Ongoing:
     Weekly call time to introduce Arouet and the event to
     potential attendees and sponsors
     Meeting with sponsors and influencers

7

8    Updates:
     Received Funds: $2,500
     Received Confirmation for Title Sponsor: HBI, $15,000
9    Verbal Confirmations from:
     AZ Blue Cross and Blue Shield, and Equality Health (Levels
10   TBD)
     Interest From:
11   SRP, APS, Arizona Complete Health, Fire Fighters, CMS,
     AT&T

12

13

14

15   ## Event Fundraising Update

16                                                              Sponsorship

17   Total Paid: $25,000
     Total Outstanding (invoiced): $13,000
18   •  HBI: $5,000
     •  Old Republic: $3,000
19   •  I-Tether: $2,500
     •  Chuck Levinus: $2,500
20   **TOTAL RAISED: $38,000**

21   Potential Additional: $12,500
     •  AZ Complete Health: $2,500
22   •  APS: $5,000
     •  Equality Health: $5,000
     **CURRENT POTENTIAL TOTAL: $49,500**

23                                        ■ Paid    ■ Outstanding ■ Potential

24



25

26

| | | | |
|---|---|---|---|
| | | | written 2/10/20 asking for e our application. They were We asked for, and received application for April 3 (Aliso presentation) this would put not 11, however good timing about this I wan to share wit potential after Catalyst. |
| 6. **Rockville fundraiser(S)** | Brandy Smith – Fundraiser was in February 2020 | | Rockville is interested in hos fundraisers for Arouet (curre Think for now everything in EXCEPT, Rockville women ar services upon release, so thi back" once this levels out (fo |
| 7. **Arizona Community Foundation** | Dana Campbell Saylor and Alison Rapping will be lead contacts | | https://www.azfoundation Alison met with Kim Covingt need to be explored. Dana t supporter of what Arouet do Alison to ask Dana to set up and maybe Steve, once we g 2020 round |
| 8. **Thunderbirds Charities** | Will apply in September, 2020 | | Alison and Danielle working |
| 9. **APS/ Pinnacle West** | RM LB AR GP | | Inviting to come and small s |
| 10. **Cardinals and Michael Bidwill** | Robert Mesa/Grant Packwood | | Invited to come and small sp also be writing a small ($300 Cardinals Foundation) |
| 11. **Phoenix Suns/Phoenix Mercury** | Alison Rapping to reach out to Sara Krannenbuhl (current Valley Leadership Board chair). | | Phoenix Mercury could be a women supporting women. representatives from both S Spring event. |
| 12. **Kemper and Ethel Marley Foundation** | Dana ? | | I |
| 13. **Shamrock/McClellan family** | Dana? | | |
| 14. **Job placement fee-for-service** | Tami Martinez | | Tami has done a GREAT job placement center and is crea partnerships. Iconic, BBB and others have meeting, this is moving full s provide full report at BOD m members have recommenda have them!) We also can inv the Spring Event so showcas interested in investing with |
| 15. **Wells Fargo** | Alison Rapping | Lisa Price | Workforce development / fi etc. NOTE: funded in 2019; thin |

101

| | | | |
|---|---|---|---|
| | | | 2020<br>IN PROGRESS: Writing our 2<br>$20,000 may still get $10,00 |
| 16. W.K. Kellogg Foundation | Alison Rapping | | https://www.wkkf.org/<br><br>Lynne and Alison to deter<br>forward! |
| 17. PNC Bank | Alison Rapping | | Seek general ops funds unle<br>restrictions.<br>Alison is setting up a meetin<br>community affairs person. |
| 18. Nina Mason Pulliam Trust | Alison Rapping talking to Gene D'Adamo | | https://www.ninapulliamt<br><br>Alison is inviting Gene D'Ada<br>Fundraiser. |
| 19. Freeport McMoRan | Dana Campbell Saylor will be lead contact and Alison Rapping works with Dana to secure meeting. | $25,000 is target goal.<br>Tracy Bame and Angie Harmon are key contacts. | Turned down in 2019; althou<br>opportunity to reapply<br>Alison has relationships ther<br>see what may be possible fo |
| 20. National Bank of Arizona | Alison Rapping and Dana Campbell Saylor | Deborah Batemen | We are doing a StoryTellers<br>of 2-25<br>WENT WELL! Deborah Ston<br>the Spring Event, and she di<br>sponsorship for Arouet. |
| 21. Salesforce.com corporate support (Trailblazers) | Contact? | | |
| 22. Wendy Bruder (MUFG) | Lynne Oldham | | |
| 23. Melanie Walton | Need to determine contact, Walmart IS getting into second chance hiring! | | |
| 24. Walmart Foundation | Need to determine contact, Walmart IS getting into second chance hiring! (Alison) | Just supported the #secondchance employer campaign | Focusing on addressing a Gr<br>https://gcgh.grandchallen |
| 25. GPL and Neil Giuliano | Alison Rapping (engage Colleen) | Have requested an opportunity to conduct a StoryTellers to the GPL Business and Justice Subcommittee. | We have sent a letter to Nei<br>need to follow up. |
| 26. Carstens Family Fund – Deb Carstens | Alison Rapping – Carol Poore or other Arouet board members could make the introduction. | Invite Deb to a presentation or have lunch. | Dana would be the best pers |
| 27. BHHS Legacy Foundation | Alison Rapping | Setting up a meeting with Mary Thompson | https://bhhslegacy.org/<br>Alison setting up a lunch wit |
| 28. SPRING INFLUENCER EVENT | Grant Packwood, Robert Mesa, Alison Rapping BOD | Board Members to each invite 2-3 C-Suite Level guests.<br>Currently in process for | Good event to invite<br>or Advisory Board m<br>members to recomm<br>invite. Goal 20-35 ke |

102

| | | | |
|---|---|---|---|
| | | asks: APS, United HealthCare, Robson Homes, Old Republic Title, Think we should ask Pulse Secure, Mercy Care, Suns, Coyotes, Trial Lawyers Association, National Bank of Arizona (full list in development will send with BOD with this update.) | leaders and influenc[...] cocktail party.<br><br>This event could hav[...] populate the Power [...] Board. |
| 29. **Women of the KNOW Tribe** | Alison Rapping | | KNOW has already expresse[...] us, and a meetings are being[...] members.<br><br>Setting up lunches/coffees n[...] |
| 30. **Kevin Hickman Motor Cycle Club** | Brandy Smith | Kevin is a TV employee | Organizing a motorcycle eve[...] influencer event, so there w[...] Fundraisers that weekend.<br>on May 16th at Harley Davisc[...] |
| 31. **Perryville Prison Fundraisers** | Back in business; they explained that they were hesitant to do fundraisers for us because we were so closely aligned with Televerde; but now they are open to it. We will have one this year. | | |
| 32. BOARD MEMBER IDEAS!! | | | |

*Arouet*
Foundation

**Board of Director Meeting Minutes**

**Meeting Date:**           December 4, 2018
**Location:**               Televerde Corporate Headquarters
**Scheduled call to order:** Lynne Oldham
**Prepared by:**            Alison Rapping

<u>ATTENDING:</u>

| Member | December 2017 | April 2018 | May/June 2018 | September 2018 | December 2018 |
|---|---|---|---|---|---|
| Lynne Oldham, President | X | X | X | X | X |
| Vince Barsolo, Treasurer | X | E | X | X | X |
| Jim Hooker | X | X | E | E | E |
| Chevera Trillo | NA | NA | NA | X | X |
| Colleen Schwab | X | X | E | X | X |
| Dana Campbell Saylor | X | X | X | X P | X |
| Tasneem Doctor | X | X | X | X P | X |
| **Staff/Guests** | | | | | |
| Alison Rapping | X | X | X | X | X |
| Brandy Smith | NA | NA | NA | X | X |
| Tami Martinez | X | X | X | X | X |
| Chuck Schultz | NA | NA | NA | NA | X |

## PROCEEDINGS:

1. <u>Welcome and Chair Remarks (Lynne Oldham) @ 5:07pm</u>
   >>APPLAUD THE TEAM AT AROUET FOR A GREAT YEAR IN 2018
   A. Board Meeting Plan
      A.        Governance
            a.  Building a Board
            b.  Culture
      B.        Fundraising
            a.  Task force

   B. January "Mini" Strategy Planning Session
         Propose a 3-hour meeting, 3p-6p (1st week of February)

            ACTION:  Book a date – DATE SELECTED 02/03/19 3PM to 6PM
            Wednesday February 6, 2019!

Board Meeting Minutes 06/27/2018                                    Page 1

104

*Arouet*
Foundation

C.  Board Meetings 2019
       Propose: 1ˢᵗ Wednesday of month – Feb (strategy planning), March, May, August,
       October & December with special meetings called as need.

       ACTION:  Book all dates and confirm all Board members can attend.

D.  Board of Directors Update/Discussion
      A.     Present a new board Member – Michelle Cirocco, Chief of Corporate
      Responsibility (Globally)
           &gt;&gt;Living example of transition success
           Motion to Approve by Tasneem Doctor
           Second by Colleen Schwab
           All In favor, no-opposed, motion unanimously passes.

2.  Review September 2018 Board Meeting Minutes (Alison Rapping)
           Motion to Approve by Dana Saylor
           Second by Lynne Oldham
           All In favor, no-opposed, motion unanimously passes

3.  Behavioral Health Program Update (Tasneem Doctor & Chuck Schultz)
    A.  Steps/Costs to build Arouet Behavioral Center
           &gt;&gt;Alison reviewed the importance of these benefits for the women transitioning
           &gt;&gt;License is received from state of AZ; ACHHHS certification is secured.
    Need to build relationships with the health plans.
           &gt;&gt;Building several partnerships besides PSA to better serve the needs of the
    women

           ACTIONS:
           1) Need a Revenue Cycle Mgmt (RCM) & Electronic Health Record (HER)
           Plans by yearend (6-8 weeks implementation).  Create a timeline for
           implementation and ROI
           2) Obtain contract with a healthcare provider (Mercy Care)
           3) BCBS has a grant for Substance Use, Mobilize

4.  Key Updates (Alison Rapping, Tami Martinez & Brandy Smith)
      A.     Name change for Arouet
           &gt;&gt;Include in 2019 Strategy Plan
      B.     Volunteers for 2019
           &gt;&gt;Approval from Lynn to send out memo to TV Corp of the
           opportunities  with Arouet
           &gt;&gt;Seeking volunteer who is knowledgeable with Salesforce
      C.     3 Year Transition Model Updates
           &gt;&gt;Greater understanding of the program by the women inside PV

*Arouet*
Foundation

**Arouet Foundation**
**Board of Directors Meeting**
**Agenda**
**September 19, 2018**
**5:00 PM – 7:00 PM**

I.  **Welcome & Chair's Remarks**                                       Lynne Oldham

    a.  Board of Directors Nomination Status

II.  **Discussion of Board Governance Process, Nominations and Vote**    Lynne Oldham

III.  **Key Updates and Developments**                                    Alison Rapping

    1.  Website Redesign                                          Tami Martinez
    2.  Job Placement Program
    3.  3 Year Transition Model Updates (TOPS, Mentorship, Leadership Program Launch)
    4.  New Partnerships and Collaborations
    5.  Golf Tournament
    6.  LISC Financial Opportunity Center Grant
    7.  SNAP CAN Grant
    8.  Annual Campaign Launch Plan

IV.  **Behavioral Health Program Update**                                 T. Doctor/A. Rapping

    a.  **Update on Program Design and Status to-date**
    b.  Process to date and plan moving forward

      1.  Curriculum Design for 3 week program/outline and detail to be shared with the board
      2.  GOAL:  To launch with at least 6 women by end of 2018/beginning 2019
      3.  We have secured License and AHCCCS credentials
      4.  Need to finalize MOU with PSA and present to the health plans
      5.  Marketing/Outreach – Televerde and Perryville
      6.  Hire Lead Therapist and Case Manager

106

**Board of Director Meeting Minutes**

**Meeting Date:**          June 27, 2018
**Location:**              Televerde Corporate Headquarters
**Scheduled call to order:** Lynne Oldham
**Prepared by:**           Alison Rapping

ATTENDING:

| Member | December 2017 | April 2018 | May/June 2018 | September 2018 | November 2018 | December 2018 |
|---|---|---|---|---|---|---|
| Lynne Oldham, President | X | X | X | | | |
| Vince Barsolo, Treasurer | X | E | X | | | |
| Jim Hooker | X | X | E | | | |
| Colleen Schwab | X | X | E | | | |
| Dana Campbell Saylor | X | X | X | | | |
| Tasneem Doctor | X | X | X | | | |
| Staff/Guests | | | | | | |
| Alison Rapping | X | X | X | | | |
| Kristin Romaine | E | X | E | | | |
| Tami Martinez | X | X | X | | | |

PROCEEDINGS:

1. Welcome and Chair Remarks
   a. Call to order by: Lynne Oldham
      i. Briefing of ██████████████

2. 2018 Programming – A. Rapping
   a. 3-Year Transition Model
      i. Review Updated Program Model & Design
      ii. Educational Program with Maricopa County
         1. Recap of scholarships through TENS
            a. ████████████
            b. ████████████
      iii.    Status of Dates / Highlights

3. Behavioral Health / Job Training License & Contract – T. Doctor / A. Rapping
   a. Recommendation for Structuring Program – Board Vote

Board Meeting Minutes 06/27/2018                                        Page 1

107

*Arouet* Foundation

b. Process to date and plan moving forward
   i. Licensing
   ii. Contract with PSA –
      1. Onsite Specialist at TV would require individual meeting deductible with Cigna
   iii.     Curriculum Development
   iv.     Marketing / Outreach
   v. Space and build Out
   vi.     Pilot Program, 5-10 women; Goal = Fall 2018

   vii.     All services provided through PSA
      1. Complete medical assessment
   viii.     Provide upon release for 30-days (Intensive outpatient)
      1. Housing
      2. Food
      3. Family Counseling
      4. Health
   ix.     ACHCCS enrolled allows for full benefits
   x. Recommenationd to provide financial literacy to the ladies inside
   xi.     Implementing a job training program on customer service/inside sales with the help of Lauren Bailey

4. ANNOUNCEMENT OF CHANGE IN AROUET STAFF
  a. MaryNicole moved
  b. Brandy Smith
  c. Kat – New intern

5. 3-YEAR TRANSITION MODEL
  a. 1-YEAR = TOPs enhanced
  b. 2-YEAR = MENTORSHIP & INTEGRATION; SOPHISTICATED WORKSHOPS & TAILORED TO THE WOMEN
     i. Homebuying 101 should be more like preparing for an apartment (Rental) or put in 3rd year
     ii. Graduation in July – wish for Vince and Lynne to attend
     iii.     Recommendation by Vince about root/cause of getting in relationship too early
       1. Need help from Dana for an expert speaker
  c. 3-YEAR = LEADERSHIP & IMPACT
     i. Plan a 2nd year program at corporate
     ii. Recommend an elevated relationship workshop
     iii.     Recommend a group for abusive relationship
     iv.     ACHCCS can still be billed if none program attendees (uninsured vs underinsured)
     v. External mentors with "Girls in tech"
  d. SOCIAL ACTIVITY

1  <u>Exhibit L</u>

2

3  **Ashley McIver**

4  | From: | Davidson, Michelle <Michelle.Davidson@mail.house.gov> |
   | Sent: | Tuesday, January 10, 2017 6:13 PM |
   | To: | Robert Meza |
5  | Cc: | Coldwell, Michelle |
   | Subject: | Re: Early Head Start Draft Memo |

6

7  Thanks Robert!  Copying Michelle Coldwell, who coordinates grant support for our office.  She will be in touch to get
   what we need and take care of this!

8  Michelle Davidson
   District Director
9  Congresswoman Kyrsten Sinema (AZ-09)
   602.956.2285
10 michelle.davidson@mail.house.gov

11

12 Sent from my iPhone

   On Jan 10, 2017, at 4:29 PM, Robert Meza <rmeza@azleg.gov> wrote:

13     Good afternoon Michelle,

14     As per our conversation from Saturday's meeting here is all of the information regarding Sojourner's
       application for the Head Start program. Please reach out to either myself or my assistant Grant at
15     gpackwood@azleg.gov or 602-926-3425.

16     Thank you so much and I look forward to talking soon.

17     Best regards,

   Senator Robert Meza
18 Legislative District 30

19     **From:** mgaray@sojournercenter.org [mailto:mgaray@sojournercenter.org]
       **Sent:** Tuesday, January 10, 2017 4:21 PM
20     **To:** Robert Meza <mailto:rmeza@azleg.gov>
       **Cc:** thauser@sojournercenter.org
21     **Subject:** FW: Early Head Start Draft Memo

22     Here you go...

23     *María E. Garay-Serratos, MSW, Ph.D.*
       Chief Executive Officer
24     *Office:* (602) 296-3336
       *Cell:*
25     *Fax:* (602)244-8006
       *Email:* mgaray@sojournercenter.org
26     **www.sojournercenter.org**

Follow us on Facebook, Twitter, and Pinterest!
Support Sojourner Center at Fry's Food Stores and through Amazon!
<image003.png>
<image002.jpg>

*A world free from domestic violence*

From: Maria Garay
Sent: Sunday, January 8, 2017 6:17 PM
To:
Cc: Teri Hauser <thauser@sojournercenter.org>
Subject: Early Head Start Draft Memo

Hi Robert,

Here is the draft memo you requested. Teri and I worked on it. We want to make sure you have it for tomorrow. It contains key information and leave it up to you and Sinema to cut and shorten.

Thank you for your support with this significant opportunity. We will see you tomorrow at 9 am in your office.

Have a good evening,

*Maria E. Garay-Serratos, MSW, Ph.D.*
Chief Executive Officer
*Office*: (602) 296-3336
*Cell*:
*Fax*: (602)244-8006
*Email*: mgaray@sojournercenter.org
www.sojournercenter.org
Follow us on Facebook, Twitter, and Pinterest!
Support Sojourner Center at Fry's Food Stores and through Amazon!
<image001.png>
<image002.jpg>

*A world free from domestic violence*

<Sojourner Center Early Head Start App DRFT MEMO 2017.docx>

January 9, 2017

**To:**     U.S. Department of Health and Human Services, Administration on Children and Families—Office of Head Start.

**From:**

**Re:**     **Sojourner Center Application for Solicitation #** HHS-2016-ACF-OHS-HP-118, **Grant Program** Early Head Start (EHS) Expansion and Early Head Start-Child Care Partnership Grants and **Project Title** Early Head Start for Children Exposed to Domestic Violence and Other High-Risk Factors

I am contacting you to recommend that you give serious consideration to awarding Sojourner Center the Early Head Start (EHS) Expansion and Early Head Start-Child Care Partnership Grant because it proposes to serve a high risk cohort in the 0-3 population (exposure to domestic violence puts infants and toddlers at great risk) with an innovative integrated and comprehensive blended center-based/home-based Early Head Start (EHS) program within a specific geographic service area in Phoenix, Arizona.

Sojourner Center is the largest domestic violence and supportive services agency in Arizona, and one of the largest in the country serving some of the highest risk zip codes. They are applying for the first time to provide early head start services (request amount: $5,297,489-$1,113,671 per year x 4 years, plus $842,805 start-up funds). The announcement will be made in February 2017.

Sojourner Center reaches thousands of individuals each year with prevention and intervention activities. Their vision is a world free from domestic violence, and by providing high-quality services for all age ranges, with specific focus on the 0 – 3 population, this can become a reality.

Sojourner Center is intent on counteracting the effects of domestic violence among the 0-3. Within the domestic violence field, children are often silent victims, hidden in the shadows. Nationally, it is estimated that over 15.5 million children are exposed to domestic violence each year. In Phoenix alone, 30,000 children will be exposed to domestic violence this year.

The program will both expand the availability of EHS in Phoenix, and offer early childhood care tailored specifically for infants and toddlers who have been exposed to domestic violence or are identified as vulnerable due to other high-risk indicators.

Page | 1

1    Sojourner Center's EHS program aims to deliver integrated, comprehensive and coordinated
     services for these children to target counteract what may otherwise become irreparable damage to their
2    development. By providing early childhood care, connecting families to direct and community-
     based services, and helping infants and toddlers heal from the trauma of domestic violence and
3    other high-risk indicators, Sojourner Center's EHS program in conjunction with their behavioral
     health program will meet the needs of low-income families who are working, in school or in
4    training programs, and prepare their infants and toddlers for transition to preschool.

5    They are committed to partnering with existing EHS and Head Start programs in the region, as
     well as social service agencies, child care facilities, educational institutions, and other service
6    providers that reach our target population, to ensure maximizing resources as a community and
     providing high-quality services. This commitment extends to their internal monitoring and
7    evaluation, including research and dissemination through the Sojourner Center Institute.

8    Thank you for your consideration.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   Page | 2

1    <u>Exhibit M</u>

2

3    **ROBERT MEZA**
     **ARIZONA STATE SENATE**
     1700 WEST WASHINGTON, SUITE 311
     PHOENIX, ARIZONA 85007-2844
     CAPITOL PHONE: (602) 926-3425
     rmeza@azleg.gov

4    ————
     DISTRICT 30

5



     **COMMITTEES:**
     COMMERCE AND PUBLIC
     SAFETY
     GOVERNMENT
     SENATE ETHICS
     ————

6    Dear Michelle Davidson:

7    I am writing to inform you that U.S. Senator Kyrsten Sinema has been selected to be PSA
     Behavioral Health Agency's Gold Medal of Service inaugural recipient. This new award was
8    created specifically to honor those Arizonans who have shown tremendous dedication to serving
     our state and advocating for behavioral health issues on the national level. We would be honored
9    if Senator Sinema could attend the People Service Action Champions Luncheon in 2019 for the
     presentation of this award, as well as a VIP Reception before the event with our Platinum
10   Sponsors.

11   For the past four years, I have helped PSA Behavioral Health Agency organize their annual
     People Service Action Champions Luncheon. With more than 400 attendees from across
12   Arizona's healthcare spectrum, it is the event of the year for many of us who have worked
     alongside this incredible organization. In fact, in the Champions Luncheon was recognized by
13   the Arizona Capitol Times as the Best Special Event of the 2017 and has garnered nominations
     since its inception. Past honorees have included Governor Doug Ducey, State Senator Heather
14   Carter, State Senator Brophy McGee, and CEOs of many major healthcare organizations in our
     state who have shown steadfast dedication to improving the behavioral health community in
15   Arizona.

16   PSA Behavioral Health offers comprehensive services for youth and adults in Arizona including
     their Early Psychosis Intervention Center in downtown Phoenix as well as their Art Awakenings
17   program which is accredited through the Commission on Accreditation of Rehabilitation
     Facilities and serves to support empowerment and recovery through artistic expression. The Art
18   Awakenings program operates studios and galleries throughout the state where art therapy
     groups focus on visual art as well as poetry, music, storytelling and drama. This is an
19   organization that is close to my heart and I am thrilled that they have chosen you as the recipient
     of this new award.

20   The People Service Action Champions Luncheon serves as not only an amazing chance for us to
     recognize leaders like Senator Sinema, but also gives us the opportunity to showcase our vision
21   of promoting hope, recovery, diversity, and wellness. The event is currently scheduled for April
     26th, however it is still early enough that we would be happy to work with your office to schedule
22   a time that works for the Senator. I certainly the Senator is able to join us for this event and look
     forward to hearing from you soon.

23
     Sincerely,
24

     Arizona State Senator Robert Meza                    Honorary Chair Mi-Ai Parrish
25

     *Robert Meza*                                         *Mi-Ai Parrish*
26

113

**ROBERT MEZA**
ARIZONA STATE SENATE
1700 WEST WASHINGTON, SUITE 311
PHOENIX, ARIZONA 85007-2844
CAPITOL PHONE: (602) 926-3425
rmeza@azleg.gov

DISTRICT 30



**COMMITTEES:**
COMMERCE AND PUBLIC
SAFETY
GOVERNMENT
SENATE ETHICS

Dear Congressman Stanton:

I am writing to inform you that you have been selected to be an honoree at PSA Behavioral annual Champions Luncheon. Your dedication to the City of Phoenix and to our state as a whole, as well as your constant support for behavioral health initiatives is worthy of recognition and we would be honored if you would be able to join us for this event.

For the past four years, I have helped PSA Behavioral Health Agency organize their annual People Service Action Champions Luncheon. With more than 400 attendees from across Arizona's healthcare spectrum, it is the event of the year for many of us who have worked alongside this incredible organization. In fact, in the Champions Luncheon was recognized by the Arizona Capitol Times as the Best Special Event of the 2017 and has garnered nominations since its inception. Past honorees have included Governor Doug Ducey, State Senator Heather Carter, State Senator Brophy McGee, and CEOs of many major healthcare organizations in our state who have shown steadfast dedication to improving the behavioral health community in Arizona.

PSA Behavioral Health offers comprehensive services for youth and adults in Arizona including their Early Psychosis Intervention Center in downtown Phoenix as well as their Art Awakenings program which is accredited through the Commission on Accreditation of Rehabilitation Facilities and serves to support empowerment and recovery through artistic expression. The Art Awakenings program operates studios and galleries throughout the state where art therapy groups focus on visual art as well as poetry, music, storytelling and drama. This is an organization that is close to my heart and I am thrilled that they have chosen you as an honoree this year.

The People Service Action Champions Luncheon serves as not only an amazing chance for us to recognize leaders like yourself, but also gives us the opportunity to showcase our vision of promoting hope, recovery, diversity, and wellness. The event is currently scheduled for April 26th, 2019. I certainly hope you are able to join us for this event and look forward to hearing from you soon.

Sincerely,

Arizona State Senator Robert Meza          Honorary Chair Mi-Ai Parrish

*Robert Meza*                                 *Mi-Ai Parrish*

114

1    Exhibit N

2

3    **Sojourner Center**
     July 1, 2016 · 🌐

4

5    We are honored to announce Nicole Bidwill and
     Senator Robert Meza as our first ever Co-
     Chairs for the 15th Annual Hope Luncheon,
     Friday, October 14, 2016!

6

7    Nicole is the Vice President of the Arizona
     Cardinals Football club. She is a community
     leader, passionate about giving back to her
     community and improving the lives of others.

8

9    State Senator Robert Meza is a third generation
     Phoenician Senator and was elected to his first
     term in the Arizona State Senate in 2010. He
     recognizes domestic violence is a public health
     epidemic, and is committed to supporting
     Sojourner Center as an emerging thought
     leader in the field of domestic violence,
     creating a healthier, safer Arizona community
     for all. **See Less**

10

11

12

13

14



15

16

17



18

19

20

21

22

23

24

25

26

115








## *People Service Action Champions Luncheon*
# 2018 PSA BEHAVIORAL HEALTH AGENCY



FRIDAY, MARCH 16, 2018   |   11:30AM – 1:00PM
**EMCEE**   |   TOM SIMPLOT

**ARIZONA BILTMORE RESORT**   |   GOLD ROOM
2400 EAST MISSOURI AVENUE   |   PHOENIX

HONORARY CHAIR: SUE GLAWE

## *Sponsorship Levels*

**PLATINUM SPONSOR $25,000**

- Premier seating
- Listed as a PLATINUM Sponsor on PSA Behavioral Health Agency's and Art Awakening's websites and program
- One table of ten (10) at luncheon (we ask that one seat is reserved for PSA Representative)
- Exhibit booth set up at prominent location during event
- Recognition as Presenting Sponsor in all Press releases, websites, and print media
- Logo acknowledgement on all print materials, event signage and websites
- Sponsor's giveaways to increase brand recognition
- Links from ArtAwakenings.org and AZPSA.org to your business website

**GOLD SPONSOR $15,000**

- Premium seating
- Listed as a GOLD sponsor on PSA Behavioral Health Agency's and Art Awakening's websites and program
- One table of ten (10) at luncheon (we ask that one seat is reserved for PSA Representative)
- Recognition as Presenting Sponsor in all Press releases website and print media
- Logo acknowledgment on all print materials, event signage and websites
- Sponsor's giveaways to increase brand recognition
- Mid Size PSA Art Awakenings Original Painting

**SILVER SPONSOR $10,000**

- Listed as a SILVER Sponsor on PSA Behavioral Health Agency's and Art Awakening's websites and program
- One table of ten (10) at luncheon (we ask that one seat is reserved for a PSA Representative)
- Recognition as a SILVER Sponsor in all press releases, websites, and print media
- Logo acknowledgement on all print materials, event signage and websites
- PSA Momento

**BRONZE SPONSOR $5,000**

- Listed as BRONZE Sponsor on PSA Behavioral Health Agency's and Art Awakening's websites and program
- Recognition as Bronze sponsor in all press releases, website, and print media
- Logo acknowledgement on all print materials, event signage and websites
- One table of ten (10) at luncheon (we ask that one seat is reserved for PSA Representative)

3

1   Exhibit O

2

3



4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1    Exhibit P

2

3

4    **From: Gus Miranda [mailto:gus.miranda.ca0j@statefarm.com]**
Sent: Tuesday, October 4, 2016 11:01 AM

5    To: Melissa DiCesare <mdicesare@sojournercenter.org>; Teri Hauser <thauser@sojournercenter.org>
Cc: Sherry A McFadden <sherry.a.mcfadden.cy56@statefarm.com>; Kim McLain <kim.mclain.p79w@statefarm.com>;

6    rmeza@azleg.gov
Subject: Sojourner Center Luncheon Attendance

7    Terri and Melissa, thank you once again for the tour yesterday. I wanted to inform you that we will have two
representatives from State Farm in attendance at the luncheon. Kim McLain, Philanthropy Analyst, and Sherry

8    McFadden, Director of our Customer Care Center/Service Division.  Sherry will also be attending on behalf of
the Charter Property Casualty Underwriter  (CPCU) Society. CPCU is an insurance designation. CPCU
graduates have chapters in each city. Phoenix has a chapter, and one of the events they hold is a Dress for

9    Success fundraiser to benefit several nonprofits in the valley. I informed Sherry about the Sojourner Center,
and about our conversation yesterday with regard to workforce readiness, and the need for business attire.
Sherry believes that the CPCU chapter here could be of some assistance.

10    Senator Meza, while we were unable to allocate funds for a table at the luncheon, we were able to allocate
funds for a direct grant through our Women's Networking (WNET) Employee Resource Group (ERG) WNET

11    has designated a grant in the amount of $2,500. We will be in touch with Sojourner Center during the first
quarter of 2017 to present that check. Thank you for bringing this organization's needs to our attention.

12    We look forward to a rewarding relationship with the Sojourner Center.

13

14

15

16    **Phil Potter** <phillip.t.potter@gmail.com>                          Thu, Sep 8, 7:31 AM
to Gus, Kim, Sherry

17    Mr. Miranda,
Could you please provide some details of the in person conversation?  For instance, where was the meeting held and did Sen. Meza make you aware that he was
receiving private payments from Sojourner?

18    Regards,
Phillip

19

20    **Gus Miranda** <gus.miranda.ca0j@statefarm.com>                         Thu, Sep 8, 8:08 AM
to me

21    Mr. Potter, Sen. Meza did not mention receiving any type of payment or compensation from Sojourner Center to me.  In my prior capacity working with our
philanthropy team I had many, many conversations with community leaders and elected officials with regard the possibility of funding the non-profits they were

22    either involved with or had a passion for. So, please forgive me if I cannot remember the particulars of my conversation with Sen. Meza. My explanations of our
funding requirements tend to be boiler plate in nature.  Unfortunately, I do not remember the event or activity where our conversation took place.

23

24

25

26

Exhibit Q

---

**Karrin Taylor Robson**

---

**From:**      Robert Meza <mezand86@gmail.com>
**Sent:**      Tuesday, March 10, 2020 10:18 AM
**To:**        Karrin Taylor
**Subject:**   Suggestions of branding your name quickly in the community....

1. Arouet----Arouet is hosting a private party with the most effective and impactful people in Arizona and DC. The private gathering is concerning women and recidivism in Arizona and across the country. Initially they were going to ask Greg Stanton to host. Since I set on the committee I suggested that you host the event......your thoughts? Actually I have the final say who will host it. The committee left it up to me.... Carey Pena will be a part of this.

2. Tennis Tournament- next years tournament will be Tennis on steroids. There will be approximately 600 to 1,000 in attendance. My suggestions to the group call it First Serve the Karrin Taylor Robson and Ed Robson Tennis Classic. I talked to Bethany she is interested in playing.

3. Volleyball Tournament- First week in November....to be held at ASU. Proceeds to go to Resilent Health. High School kids and parents will be participating. The Firefighters and Police will be honored. There will be pro players coming in from LA for the exhibition. Its a whose who event.


All three events will be live on Facebook. There will be many PSA's and news stories about the events....

Please keep me posted if you are interested....

Robert Meza

*Records Request*
*1. b.*

---

**Karrin Taylor Robson**

| | |
|---|---|
| **From:** | Jaye Williams <jwilliams@openheartsaz.org> |
| **Sent:** | Tuesday, January 28, 2020 11:23 AM |
| **To:** | ejr@robsoncommunities.com |
| **Cc:** | Karrin Taylor |
| **Subject:** | Open Hearts Tennis Tournament Invoice |
| **Attachments:** | Robson Invoice.pdf |

Hello Ed,

On behalf of Open Hearts, I would first and foremost like to thank you for your support of our 2020 Tournament of Hearts. We are very appreciative of your generosity in allowing us to utilize your beautiful backyard and tennis court for the event. We are all incredibly excited and know it will be a wonderful event.

I have also attached the sponsorship invoice to this email for your review.

Thank you again for your partnership and support! Please let me know if you have any questions!

**Jaye Williams, MBA** Chief Administrative Officer

O:602-285-5550 ext. 353 | C: 480-259-7295 | openheartsaz.org



CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed or sent to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited

AVISO de CONFIDENCIALIDAD: El contenido de este mensaje de correo electrónico y los datos adjuntos están dirigidos exclusivamente a el destinatario y puede contener información confidencial o privilegiada ye puede estar protegida legalmente de la divulgación. Si usted no es el destinatario de este mensaje o de su agente, o si este mensaje ha sido dirigido o enviado por error, por favor respuesta avisando inmediatamente por correo electrónico, y luego borrar este mensaje y los adjuntos. Si no eres el destinatario , le informamos que cualquier uso, divulgación, copia o almacenamiento de este mensaje o sus anexos está estrictamente prohibida.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26



**INVOICE**

| DATE | 1/28/2019 |
|---|---|
| INVOICE # | 012819 |
| TERMS | Due on receipt |

| BILL TO |
|---|
| Ed Robson |

| CC: |
|---|
| Representative Robert Meza |



| DESCRIPTION | COUNT | RATE | AMOUNT |
|---|---|---|---|
| 2020 Tournament Sponsorship | 1 | $5,000 | $5,000 |
| | | | |
| | | TOTAL | $5,000 |

Please make payment to:

Open Hearts
Attn: Jaye Williams
4414 N 19th Ave
Phoenix, AZ 85015

**Thank You!**

4414 N. 19th Ave. Phoenix, AZ 85015 | openheartsaz.org

Open Hearts is a qualified charitable organization under section 501(c) (3) of the Internal Revenue Code, and under the State of Arizona's Working Poor Tax Credit Program (86-0291956). We declare that no goods or services were provided in exchange for this contribution. Your gift is tax deductible to the full extent permitted by law.

**Vicki Vesey**

| | |
|---|---|
| **From:** | Leslie Banks <lesliealison16@gmail.com> |
| **Sent:** | Monday, January 13, 2020 12:59 PM |
| **To:** | Vicki Vesey |
| **Cc:** | Robert Meza |
| **Subject:** | Open Hearts Tournament of Hearts |

Hi Vicki,

I'm emailing to give Karrin updated information about the Open Hearts Tournament of Hearts.

Karrin,

Rep. Robert Meza and I want to thank you for sponsoring this wonderful event. Open Hearts Family Wellness is an amazing non-profit health organization. It provides integrated mental health and wellness services to vulnerable communities throughout the Phoenix metropolitan area. If you would like to browse the website please click on this link: openheartsaz.org.

We want to remind you about the Open Hearts Honorees Celebration this Thursday at 5:30pm. It will be at Paradise Valley Country Club. Please wear dinner cocktail attire and arrive at 5:20pm.

For the February 22 event. Your sponsorship of $5,000 provides you with 10 tickets (or however many because you are hosting). We would like to have the names of your guests by February 5th. Here is the flyer with all the relevant information. You can forward it to your guests.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**Vicki Vesey**

| | |
|---|---|
| **From:** | Robert Meza <mezand86@gmail.com> |
| **Sent:** | Thursday, September 12, 2019 2:36 PM |
| **To:** | Karrin Taylor; Vicki Vesey |
| **Subject:** | Corporate Packet for Open Hearts Tennis Tournament |
| **Attachments:** | 17_X11_ Tennis Sponsorship FINAL 9.6.19.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Karrin and Vicki,

Attached is the corporate packet for the tennis tournament.

Please place in your calendar....it will be a fun one....

Robert Meza

1