# UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): **Phillip Potter , ;**

**Defendant**(s): **Robert Meza , ; Karrin Taylor Robson , ; Alane Ortega , ; Kris Mays , ; Joseph Welty , ;**

County of Residence: Maricopa

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):
**Pro Se ,**

,

Defendant's Atty(s):

,

,

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

<u>II. Basis of Jurisdiction:</u>   **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)**

Plaintiff:-   **1 Citizen of This State**

Defendant:-   **1 Citizen of This State**

<u>IV. Origin</u> :   **1. Original Proceeding**
<u>V. Nature of Suit:</u>   **950 Constitutionality of State Statute**

<u>VI.Cause of Action:</u>   **Violation of U.S. Const. Amends. I and XIV. Arizona Revised Statute Section 12-3201 violates the United States Constitution; 42 U.S.C. § 1983 First Amendment Retaliation**

<u>VII. Requested in Complaint</u>
Class Action:   **No**

Dollar Demand:   **Declaratory and Injunctive Relief; Damages**

**Jury Demand:** Yes

**VIII. This case IS RELATED** to Case Number **2:25-cv-00663-PHX-DWL** assigned to Judge **Lanza.**

**Signature:** Phillip Potter, Pro Se

**Date:** 5/12/2025

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014