ALANE M. ORTEGA #025719
ORTEGA & ORTEGA, P.L.L.C.
7227 North 16th Street, Suite 245
Phoenix, AZ 85020
Phone: (602) 368-1074
Fax: (602) 237-5262
E-filings arobylaw.efile.@gmail.com
Email: alane@ortegalawyers.com

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | |
|---|---|
| PHILLIP POTTER;<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT MEZA, in his private capacity; KARRIN TAYLOR ROBSON, in her private capacity; ALANE ORTEGA; KRIS MAYES, in her official capacity as Arizona Attorney General; JOSEPH WELTY, in his official administrative capacity as Presiding Judge of the Maricopa Superior Court and DOES 1-60, inclusive.<br><br>Defendants. | CIVIL ACTION:<br>2:25-CV-00663-PHX-DWL<br><br><br><br>**MOTION FOR EXTENSION OF TIME TO RESPOND TO CIVIL COMPLAINT** |

COMES NOW, Alane M. Ortega, Defendant in this matter and respectfully requests that this Court grant an extension of time of 30 days to file a responsive pleading in this matter.

I am an attorney and Plaintiff's claims in this matter relate to alleged actions completed while I acted as counsel for a client. Counsel Undersigned has retained counsel

1

through her insurance and the process of doing so requires significant time in both filing the claim, insurance policy review, and the assignment of the attorney. Counsel Undersigned is awaiting assignment of the attorney, however, cannot move forward without an extension allowing the incoming attorney a reasonable time to review and prepare the responsive pleading and meet the time obligations in this matter.

This request is not made for delay, but rather in an effort to ensure that I have counsel that can properly and timely advocate on my behalf.

Counsel Undersigned sought Plaintiff's position. Plaintiff refuses to agree to an extension. As such Counsel has no other choice but to seek relief from this Court.

**RESPECTFULLY SUBMITTED** this 17th day of June, 2025

**ORTEGA & ORTEG, P.L.L.C.**

By: /S/*Alane M. Ortega*
Defendant

**ORIGINAL and one copy of the foregoing mailed/delivered this 17th day of June, 2025, to:**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

**COPY of the foregoing mailed/delivered this 17th day of June, 2025, to:**

Phillip Potter
2301 N. 66th Street
Scottsdale, AZ 85257
*Pro Per*

By: AMO