Phillip Potter
2301 N. 66th Street
Scottsdale, Arizona 85257
Phone: 480.459.0310
E-Mail: phillip.t.potter@gmail.com
Plaintiff
Pro Se

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Phillip Potter,

Plaintiff,

v.

Robert Meza, et al.,

Defendants.

No. 2:25-cv-00663-PHX-DWL

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF RESPONSE TO ARIZONA ATTORNEY GENERAL'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

I, Phillip Potter, hereby depose and state as follows:

1. I submit this affidavit pursuant to 28 U.S.C. § 1746 in support of Plaintiff's July 3, 2025 Response to a motion to dismiss (Doc. 38) the above-captioned lawsuit.

2. The statements set forth in this affidavit are based on my own personal knowledge and investigation unless stated otherwise. These statements are true to the best of my knowledge and belief as of the date I sign this affidavit.

3. I am the Plaintiff in the above-captioned action.

4. Attorney General Kris Mayes is a defendant in the above-captioned action. She filed a June 3, 2025 motion to dismiss (Doc. 38) per Fed. R. Civ. P. 12(b)(1) and (6).

5. Therein, on pages 1-2, Attorney General Mayes referred to state court case no. CV2021-013210 as the "other 'litigation activity,' which 'paint[ed] a troubling picture'" for the state trial court judge who cited that case as grounds to find Plaintiff vexatious in "*Potter v. Ariz. House of Reps.*, No. [CV]2022-008626".

6. Attached to this Affidavit as Exhibit A is a true and correct copy of three documents recently entered in The Superior Court of the State of Arizona In and For The County of Maricopa case no. CV2021-013210 *Potter v. Doctor*, et al.: (1) a June 12, 2025 Notice of Settlement jointly submitted by plaintiff Phillip Potter and defendants Michael Clancy and Hildebrand Law, P.C. through their counsel Benjamin Hodgson; (2) a June 12, 2025 Stipulation for Dismissal With Prejudice jointly submitted by plaintiff Phillip Potter and defendants Michael Clancy and Hildebrand Law, P.C. through their counsel Benjamin Hodgson; and (3) a June 16, 2025 Order of Dismissal With Prejudice signed by the Hon. Randall Warner.

7. Case no. CV2021-013210 was active when Plaintiff was found statutorily vexatious in case no. CV2022-008626, and is still active and ongoing today.

8. As disclosure and discovery continued to progress in CV2021-013210 and CV2021-005501, and defendants Michael Clancy and Hildebrand Law, P.C. gained greater awareness of Plaintiff's evidence of his former spouse's and Robert Meza's coordinated conduct as alleged in the above-captioned suit, Mr. Clancy and Hildebrand Law, P.C. asked to settle. The parties reached settlement.

9. "The fact that this ongoing litigation settled suggests that the original suit was

not objectively baseless." *Theme Promotions, Inc. v. News Am. Mktg. FSI,* 546 F.3d 991, 1008 (9th Cir. 2008).

10. Case no CV2021-005501 has survived motions to dismiss and is set for trial beginning September 22, 2025. That case also is not objectively baseless.

11. Plaintiff provides these facts, not to prove that case no. CV2022-008626 was decided in error, but to submit additional, newly established evidence supporting Plaintiff's First Amendment facial overbreadth challenge to A.R.S. § 12-3201; specifically, that the challenged statute's sweep violates the Petition Clause.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on July 3, 2025.

Phillip Potter

# Exhibit A

Clerk of the Superior Court
*** Electronically Filed ***
L. Sanchez, Deputy
6/12/2025 12:56:07 PM
Filing ID 20014530

Elizabeth S. Fitch, (#010442)
Benjamin L. Hodgson, (#018402)
**RIGHI FITCH LAW GROUP, P.L.L.C.**
2999 N. 44th Street, Suite 215
Phoenix, AZ 85018
Telephone: (602) 385-6776
Facsimile: (602) 385-6777
beth@righilaw.com
benjamin@righilaw.com
*Attorneys for Defendants Michael Clancy and Hildebrand Law, PC*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| PHILLIP POTTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TASNEEM DOCTOR, an individual; ABDULLA DOCTOR, a married man; BRENDA DOCTOR, a married woman; CHRISTINE EHRICH, an individual; MICHAEL CLANCY, a married man; HILDEBRAND LAW, P.C., an Arizona professional corporation; ALIFIA KARACHIWALA, a married woman; ALANE ORTEGA, a married woman; ROBERT MEZA, a married man; TONY NAVARRETE, an individual; DANA CAMBPELL SAYLOR, a married woman; LORRIE HENDERSON, an individual; JEWISH FAMILY AND CHILDREN'S SERVICES, INC.; an Arizona nonprofit corporation; SHAWN EMMONS, an individual; PSA BEHAVIORAL HELTH AGENCY, an Arizona nonprofit corporation; TAD GARY, an individual; HUGH LYTLE, a married man; EQUALITY HEALTH, LLC; an Arizona limited liability company; BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC., an Arizona nonprofit corporation; JEFF GUILDNER, a married | Case No.: CV2021-013210<br><br>**NOTICE OF SETTLEMENT**<br><br>(*Assigned to the Hon. Randall Warner*) |

man; DON BRANDT, a married man; ARIZONA PUBLIC SERVICE COMPANY, an Arizona corporation; PINNACLE WEST CAPITAL CORPORATION, an Arizona corporation; JOHN/JANE DOES A-J; and COMPANIES 1-10,

Defendants.

**NOTICE IS HEREBY GIVEN** that Plaintiff Phillip Potter, Defendants Michael Clancy and Hildebrand Law, P.C. in the above-captioned matter have reached a settlement and will submit to the Court a Stipulation for Dismissal with Prejudice.

**RESPECTFULLY SUBMITTED** this 11th day of June, 2025.

**RIGHI FITCH LAW GROUP, P.L.L.C.**

By: /s/ Benjamin L. Hodgson
Elizabeth S. Fitch
Benjamin L. Hodgson
2999 N. 44th Street, Suite 215
Phoenix, AZ 85018
*Attorneys for Defendants Michael Clancy and Hildebrand Law, PC*

**PHILLIP POTTER**

By: ______________________
Phillip Potter
2301 N. 66th Street
Scottsdale, AZ 85257
*Plaintiff Pro Per*

**ORIGINAL** of the foregoing e-filed
With AZ Turbo Court this 11th day of June, 2025,
with:

Clerk of the Court
Maricopa County Superior Court

**COPY** of the foregoing emailed
this 11th day of June, 2025, to:

Phillip Potter
phillip.t.potter@gmail.com
2301 N. 66th Street
Scottsdale, AZ 85257
*Plaintiff Pro Per*

Alane M. Ortega
ORTEGA & ORTEGA, P.L.L.C.
7227 N. 16th Street, Suite 245
Phoenix, AZ 85020
alane@ortegalawyers.com
*Attorney for Defendants Tanseem Doctor, Abdulla Doctor, Brenda Doctor, and Alane M. Ortega*

Jill M. Covington
Gabriel T. O'Quin
**SLATTERY PETERSEN LLC**
340 East Palm Lane, Suite 250
Phoenix, Arizona 85004
jcovington@slatterypetersen.com
goquin@slatterypetersen.com
*Attorneys for Defendant Mercy Care and Tad Gary*

Tim Nelson
**THE NELSON LAW GROUP PLLC**
21 West Coolidge Street
Phoenix, AZ 85013
Tim@NelsonLawSolutions.com
*Attorney for Robert Meza*

Keith Beauchamp
Marki Stewart
**COPPERSMITH BROCKELMAN PLC**
2800 N. Central Ave., Suite 1900
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
mstewart@cblawyers.com
*Attorneys for Blue Cross Blue Shield of Arizona*

By: */s/ Koni Andrews*

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
6/12/2025 1:16:46 PM
Filing ID 20014795

Elizabeth S. Fitch, (#010442)
Benjamin L. Hodgson, (#018402)
**RIGHI FITCH LAW GROUP, P.L.L.C.**
2999 N. 44th Street, Suite 215
Phoenix, AZ 85018
Telephone: (602) 385-6776
Facsimile: (602) 385-6777
beth@righilaw.com
benjamin@righilaw.com
*Attorneys for Defendants Michael Clancy and Hildebrand Law, PC*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

PHILLIP POTTER, an individual,

Plaintiff,

v.

TASNEEM DOCTOR, an individual; ABDULLA DOCTOR, a married man; BRENDA DOCTOR, a married woman; CHRISTINE EHRICH, an individual; MICHAEL CLANCY, a married man; HILDEBRAND LAW, P.C., an Arizona professional corporation; ALIFIA KARACHIWALA, a married woman; ALANE ORTEGA, a married woman; ROBERT MEZA, a married man; TONY NAVARRETE, an individual; DANA CAMBPELL SAYLOR, a married woman; LORRIE HENDERSON, an individual; JEWISH FAMILY AND CHILDREN'S SERVICES, INC.; an Arizona nonprofit corporation; SHAWN EMMONS, an individual; PSA BEHAVIORAL HELTH AGENCY, an Arizona nonprofit corporation; TAD GARY, an individual; HUGH LYTLE, a married man; EQUALITY HEALTH, LLC; an Arizona limited liability company; BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC., an Arizona nonprofit corporation; JEFF GUILDNER, a married

Case No.: CV2021-013210

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

(*Assigned to the Hon. Randall Warner*)

man; DON BRANDT, a married man; ARIZONA PUBLIC SERVICE COMPANY, an Arizona corporation; PINNACLE WEST CAPITAL CORPORATION, an Arizona corporation; JOHN/JANE DOES A-J; and COMPANIES 1-10,

Defendants.

PLAINTIFF Phillip Potter, as an individual, and Defendants Michael Clancy and Hildebrand Law, P.C. by and through undersigned counsel, hereby stipulate that the forgoing claim be dismissed with prejudice as to Defendants Michael Clancy and Hildebrand Law, P.C. only, each party to bear its own attorneys' fees and other expenses.

**RESPECTFULLY SUBMITTED** this 11th day of June, 2025.

**RIGHI FITCH LAW GROUP, P.L.L.C.**

By: /s/ Benjamin L. Hodgson
Elizabeth S. Fitch
Benjamin L. Hodgson
2999 N. 44th Street, Suite 215
Phoenix, AZ 85018
*Attorneys for Defendants Michael Clancy and Hildebrand Law, PC*

**PLAINTIFF PRO PER**

By: ______________________
Phillip Potter
2301 N. 66th Street
Scottsdale, AZ 85257
*Plaintiff Pro Per*

**ORIGINAL** of the foregoing e-filed this 11th day of June, 2025, with:

Clerk of the Court
Maricopa County Superior Court

**COPY** of the foregoing emailed this 11th day of June, 2025, to:

Phillip Potter
phillip.t.potter@gmail.com
2301 N. 66th Street
Scottsdale, AZ 85257
*Plaintiff Pro Per*

Alane M. Ortega
ORTEGA & ORTEGA, PLLC
7227 North 16th Street, Suite 245
Phoenix, AZ 85020
Arobylaw.efile@gmail.com
alane@ortegalawyers.com
*Attorney for Defendants Tanseem Doctor, Abdulla Doctor, Brenda Doctor, and Alane M. Ortega*

Jill M. Covington
Gabriel T. O'Quin
**SLATTERY PETERSEN LLC**
340 East Palm Lane, Suite 250
Phoenix, Arizona 85004
jcovington@slatterypetersen.com
goquin@slatterypetersen.com
*Attorneys for Defendant Mercy Care and Tad Gary*

Tim Nelson
**THE NELSON LAW GROUP PLLC**
21 West Coolidge Street
Phoenix, AZ 85013
Tim@NelsonLawSolutions.com
*Attorney for Robert Meza*

Keith Beauchamp
Marki Stewart

**COPPERSMITH BROCKELMAN PLC**
2800 N. Central Ave., Suite 1900
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
mstewart@cblawyers.com
*Attorneys for Blue Cross Blue Shield of Arizona*

By: */s/ Koni Andrews*

Granted as Submitted
***See eSignature page***

Clerk of the Superior Court
*** Electronically Filed ***
A. Larimer, Deputy
6/16/2025 8:00:00 AM
Filing ID 20023771

Elizabeth S. Fitch, (#010442)
Benjamin L. Hodgson, (#018402)
**RIGHI FITCH LAW GROUP, P.L.L.C.**
2999 N. 44th Street, Suite 215
Phoenix, AZ 85018
Telephone: (602) 385-6776
Facsimile: (602) 385-6777
beth@righilaw.com
benjamin@righilaw.com
*Attorneys for Defendants Michael Clancy and Hildebrand Law, PC*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

PHILLIP POTTER, an individual,

Plaintiff,

v.

TASNEEM DOCTOR, an individual; ABDULLA DOCTOR, a married man; BRENDA DOCTOR, a married woman; CHRISTINE EHRICH, an individual; MICHAEL CLANCY, a married man; HILDEBRAND LAW, P.C., an Arizona professional corporation; ALIFIA KARACHIWALA, a married woman; ALANE ORTEGA, a married woman; ROBERT MEZA, a married man; TONY NAVARRETE, an individual; DANA CAMBPELL SAYLOR, a married woman; LORRIE HENDERSON, an individual; JEWISH FAMILY AND CHILDREN'S SERVICES, INC.; an Arizona nonprofit corporation; SHAWN EMMONS, an individual; PSA BEHAVIORAL HELTH AGENCY, an Arizona nonprofit corporation; TAD GARY, an individual; HUGH LYTLE, a married man; EQUALITY HEALTH, LLC; an Arizona limited liability company; BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC., an Arizona nonprofit corporation; JEFF GUILDNER, a married

Case No.: CV2021-013210

**ORDER FOR DISMISSAL WITH PREJUDICE**

man; DON BRANDT, a married man; ARIZONA PUBLIC SERVICE COMPANY, an Arizona corporation; PINNACLE WEST CAPITAL CORPORATION, an Arizona corporation; JOHN/JANE DOES A-J; and COMPANIES 1-10,

Defendants.

Notice of Settlement and Stipulation for Dismissal with Prejudice having been received in the above-captioned matter,

**IT IS HEREBY ORDERED** that the case is dismissed with prejudice, Plaintiff Phillip Potter, as an individual, and Defendants Michael Clancy and Hildebrand Law, P.C. to bear their own attorneys' fees and costs.

**[END OF ORDER—SIGNATURE AT TOP OF FIRST PAGE]**

# eSignature Page 1 of 1

Filing ID: 20023771 Case Number: CV2021-013210
Original Filing ID: 20014795

---

Granted as Submitted



/S/ Randall Warner Date: 6/13/2025

Judicial Officer of Superior Court

**ENDORSEMENT PAGE**

CASE NUMBER: CV2021-013210
SIGNATURE DATE: 6/13/2025

E-FILING ID #: 20023771
FILED DATE: 6/16/2025 8:00:00 AM

ALANE ORTEGA

TIMOTHY A NELSON

ANDREW J ALVARADO

PHILLIP POTTER
2301 N 66TH ST SCOTTSDALE AZ 85257

BENJAMIN L HODGSON

DOCKET CV TX

DANIEL D MAYNARD

EMILE J HARMON

JEFFREY H WOLF

JILL M COVINGTON

JOSEPH N ROTH

MARK J DEPASQUALE

MARKI STEWART