IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Robert Meza, et al,<br><br>　　　　　Defendants. | No. 2:25-cv-00663-PHX-DWL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE RELEVANT TO ATTORNEY GENERAL MAYES' MOTION TO DISMISS** |

　　　The Court has considered Plaintiff's Motion To Take Judicial Notice Relevant to Attorney General Mayes' Motion to Dismiss.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion To Take Judicial Notice Relevant to Attorney General Mayes' Motion to Dismiss is GRANTED, as follows:

(1)　The Court judicially notices A.R.S. §§ 12-861, 12-862, 12-863, and 41-101(A)(8).

(2)　The Court judicially notices the *S.F. Cnty. Democratic Cent. Comm. v. Eu*, 826 F.2d 814, 822 & n. 15 (9th Cir.1987) Opinion.  Notice is taken of the legal standards described therein regarding the jurisdictional defense of "no history of

enforcement and prosecution" of a challenged statute, including whether sufficient evidence has been provided to demonstrate that a challenged statute has been "commonly and notoriously violated" and has fallen into "desuetude".

DATED this _____ day of _____, 2025.

_____

The Hon. Dominic W. Lanza

United States District Judge