IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter, <br><br> Plaintiff, <br><br> v. <br><br> Robert Meza, et al, <br><br> Defendants. | No. 2:25-cv-00663-PHX-DWL <br><br> **[PROPOSED] ORDER GRANTING MOTION TO TAKE LIMITED JURISDICTIONAL DISCOVERY** |

The Court has considered Plaintiff's Motion To Take Limited Jurisdictional Discovery.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion To Take Limited Jurisdictional Discovery is GRANTED, as follows:

(1) Attorney General Kris Mayes will produce any requested documents and provide written responses to up to five interrogatories which go to her jurisdictional defenses that (1) she has "no role" in the A.R.S. § 12-3201 "enforcement scheme", and (2) the state maintains a "record of nonenforcement" of that statute, including whether that statute has been "commonly and notoriously violated" and "has fallen

into desuetude". The Attorney General shall provide that discovery within fifteen days of the request for production of documents and the interrogatories being propounded.

(2) Alane Ortega will produce any requested documents going to any "preplanned arrangement" or "cooperative action" between her and Defendant Robert Meza that might affect, or might have affected, Plaintiff's constitutional rights. Ms. Ortega shall produce those documents within fifteen days of the request for production of documents being propounded. Ms. Ortega will also make herself available for, and fully cooperate with, an oral deposition on those same topics where that deposition will not extend beyond two hours except for good cause communicated to the Court. The oral deposition shall be completed within twenty days from the date of this Order.

DATED this _________ day of _____________________, 2025.

____________________________________

The Hon. Dominic W. Lanza

United States District Judge