**KRISTIN K. MAYES**
**Attorney General**
(Firm State Bar No. 14000)

Hayleigh S. Crawford (Bar No. 032326)
Joshua A. Katz (Bar No. 039449)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Hayleigh.Crawford@azag.gov
Joshua.Katz@azag.gov
ACL@azag.gov

*Attorneys for Defendant Arizona Attorney General Kristin K. Mayes*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter, individually and on behalf of all others similarly situated | No. CV25-00663-PHX-DWL |
| Plaintiff, | **NOTICE** |
| v. | |
| Robert Meza, et al., | |
| Defendants. | |

On July 25, 2025, Plaintiff filed a Motion to Take Judicial Notice Relevant to Attorney General Mayes' Motion to Dismiss (Doc. 57). A response to Plaintiff's motion is due on August 8, 2025. However, unless ordered otherwise by this Court, AG Mayes does not intend to respond to this motion.

Should the Court call for a response to Plaintiff's motion, AG Mayes respectfully requests that the Court extend the deadline for such a response to August 15, 2025. As discussed in AG Mayes's motion for an extension of time to respond to Plaintiff's motion to take limited jurisdictional discovery, undersigned counsel has preplanned professional-related travel from August 6 to August 11, as well as several other deadlines in this and other matters.

**RESPECTFULLY SUBMITTED** this 5th day of August, 2025

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By /s/ *Joshua A. Katz*
    Hayleigh S. Crawford
    *Deputy Solicitor General*
    Joshua A. Katz
    *Assistant Attorney General*
    Office of the Arizona Attorney General
    2005 N. Central Ave.
    Phoenix, Arizona 85004

    *Attorneys for Defendant Arizona Attorney General Kristin K. Mayes*

1