**KRISTIN K. MAYES**
**Attorney General**
(Firm State Bar No. 14000)

Hayleigh S. Crawford (Bar No. 032326)
Joshua A. Katz (Bar No. 039449)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Hayleigh.Crawford@azag.gov
Joshua.Katz@azag.gov
ACL@azag.gov

*Attorneys for Defendant Arizona Attorney General Kristin K. Mayes*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Robert Meza, et al., <br><br> Defendants. | No. CV25-00663-PHX-DWL <br><br> **ATTORNEY GENERAL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO TAKE LIMITED JURISDICTIONAL DISCOVERY** <br><br> **(FIRST REQUEST)** |

On July 28, 2025, Plaintiff filed a Motion to take Limited Jurisdictional Discovery (Doc. 58). Defendant Attorney General Kristin K. Mayes has a deadline to respond of Monday, August 11, 2025. Attorney General Mayes respectfully requests a four-day extension of that deadline, through and including Friday, August 15, 2025. Plaintiff does not object to this extension.

The requested extension does not conflict with any other deadlines set by the Court or the Rules of Civil Procedure, and is Attorney General Mayes's first request for an extension of this deadline.

Good cause exists for this extension. Undersigned counsel has a preplanned trip out of the country from August 6 to August 11, for the American Bar Association Annual Meeting, where he is a candidate for the House of Delegates. Additionally, in this matter, undersigned counsel will need to prepare an initial disclosure and participate in producing a Joint Rule 26(f) Report and accompanying proposed order, following the parties' conference on August 5, 2025. Finally, undersigned counsel and co-counsel have several deadlines within the same timeframe in multiple other matters.

**RESPECTFULLY SUBMITTED** this 5th day of August, 2025

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By  /s/ *Joshua A. Katz*
　　Hayleigh S. Crawford
　　*Deputy Solicitor General*
　　Joshua A. Katz
　　*Assistant Attorney General*
　　Office of the Arizona Attorney General
　　2005 N. Central Ave.
　　Phoenix, Arizona 85004

*Attorneys for Defendant Arizona Attorney General Kristin K. Mayes*

1