|  |  |
|---|---|
| 1 |  |
| 2 |  |
| ... |  |

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Robert Meza, et al.,<br><br>Defendants. | No. CV25-00663-PHX-DWL<br><br>**[PROPOSED] ORDER GRANTING ATTORNEY GENERAL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR LIMITED JURISDICTIONAL DISCOVERY** |

1    On August 5, 2025, Attorney General Mayes moved for an extension of her
2 deadline, originally set for August 11, 2025, to respond to Plaintiff's motion to take limited
3 jurisdictional discovery (Doc. 58).  She sought a four-day extension, through and including
4 August 15, 2025.  Plaintiff did not object to this extension.
5    Good cause having been found, the Court **GRANTS** the motion.
6    **IT IS ORDERED** that AG Mayes's deadline to respond to Plaintiff's motion to
7 take limited jurisdictional discovery is extended to **August 15, 2025**.