1  KRISTIN K. MAYES
   Attorney General
2  Firm State Bar No. 14000
3
   Kara Karlson, No. 029407
4  Senior Litigation Counsel
   2005 North Central Avenue
5  Phoenix, AZ  85004-1592
6  Telephone (602) 542-8323
   Facsimile (602) 542-4385
7  Kara.Karlson@azag.gov
   adminlaw@azag.gov
8  *Attorney for Defendant Presiding Judge of*
9  *Maricopa County Joseph Welty*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Phillip Potter, individually and on behalf of all others similarly situated, | Case No. 2:25-CV-00663-PHX-DWL |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| Robert Meza, in his private capacity; Karrin Taylor Robson, in her private capacity; Alane Ortega; Kris Mayes, in her official capacity as Arizona Attorney General; Joseph Welty, in his official administrative capacity as Presiding Judge of the Maricopa County Superior Court; and Does 1-60, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 83.3(a), Assistant Attorney General Kara Karlson, of the Arizona Attorney General's Office enters her appearance as counsel for Defendant Presiding Judge of the Maricopa County Superior Court Joseph Welty in this matter. Service of all correspondence, motions and other papers should be directed to:

Kara Karlson (Kara.Karlson@azag.gov)
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-8323
adminlaw@azag.gov

Respectfully submitted this 5th day of August, 2025.

Kristin K. Mayes
Attorney General


*/s/ Kara Karlson*
Kara Karlson
Senior Litigation Counsel
*Attorney for Defendant Presiding Judge of Maricopa County Joseph Welty*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I HEREBY CERTIFY that on this 5th day of August, 2025, I filed the forgoing |
| 3 | document electronically through the CM/ECF system, which caused all parties or counsel |
| 4 | of record to be served by electronic means, as more fully reflected on the Notice of |
| 5 | Electronic Filing. |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | /s/Monica Quinonez |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |