# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter,<br><br>   Plaintiff,<br><br>v.<br><br>Robert Meza, et al,<br><br>   Defendants. | No. 2:25-cv-00663-PHX-DWL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE KARRIN TAYLOR ROBSON'S AND ROBERT MEZA'S JOINT MOTION TO DISMISS AND REPLY** |

    The Court has considered Plaintiff's Motion To Strike Karrin Taylor Robson's and Robert Meza's Joint Motion to Dismiss and Reply**.**

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Strike Karrin Taylor Robson's and Robert Meza's Joint Motion to Dismiss and Reply is GRANTED, as follows:

(1)    The Court summarily strikes the Joint Motion to Dismiss (Doc. 51) in whole and the Reply (Doc. 59) in whole as filings prohibited by local rules, federal rules, and the Court's preliminary order;

(2)    The Court finds that defendants Karrin Taylor Robson and Robert Meza waived

their right to challenge the operative complaint's sufficiency at the pleading stage; and

(3) Karrin Taylor Robson and Robert Meza shall: (a) submit a Fed. R. Civ. P. 12(a)(1) answer to the operative complaint within seven days of the issuance of this ruling; and (b) cooperate with all pretrial obligations, including discovery and disclosure, pursuant to Fed. R. Civ. P. 16 and 26.

OR IN THE ALTERNATIVE

(1) The Court summarily strikes that portion of the Reply (Doc. 59) which speaks to claim preclusion as a filing prohibited by federal rules.

DATED this _____ day of _____, 2025.

_____
The Hon. Dominic W. Lanza
United States District Judge