Phillip Potter
2301 N. 66th Street
Scottsdale, Arizona 85257
Phone: 480.459.0310
E-Mail: phillip.t.potter@gmail.com
Plaintiff
Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter, | No. CV-25-00663-PHX-DWL |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF DEFENDANT WELTY** |
| Robert Meza, et al., | |
| Defendants. | |

Plaintiff provides notice that Defendant Joseph Welty, through counsel, waived service of the summons, complaint, and accompanying documents.  See attached.

DATED this 17th day of August 2025.

By:  //s//
Phillip Potter
Plaintiff
Pro Se