1  **KRISTIN K. MAYES**
   **Attorney General**
2  (Firm State Bar No. 14000)
3
   Hayleigh S. Crawford (Bar No. 032326)
4  Joshua A. Katz (Bar No. 039449)
   Office of the Arizona Attorney General
5  2005 N. Central Avenue
6  Phoenix, AZ 85004-1592
   (602) 542-3333
7  Hayleigh.Crawford@azag.gov
8  Joshua.Katz@azag.gov
   ACL@azag.gov
9
10 *Attorneys for Defendant Arizona Attorney General Kristin K. Mayes*
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Phillip Potter, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Robert Meza, et al.,<br><br>Defendants. | No. CV25-00663-PHX-DWL<br><br>**NOTICE OF SERVICE OF INITIAL DISCLOSURE** |
|---|---|

Pursuant to LRCiv. 5.2, Defendant Kristin K. Mayes, Arizona Attorney General, hereby gives notice that she served her Rule 26(a) Initial Disclosure on Plaintiff Phillip Potter, pro se, and on counsel for all Co-Defendants, via email on August 19, 2025.

**RESPECTFULLY SUBMITTED** this 19th day of August, 2025.

        **KRISTIN K. MAYES**
        **ATTORNEY GENERAL**

By  /s/ *Joshua A. Katz*
    Hayleigh S. Crawford
    *Deputy Solicitor General*
    Joshua A. Katz
    *Assistant Attorney General*
    Office of the Arizona Attorney General
    2005 N. Central Ave.
    Phoenix, Arizona 85004

*Attorneys for Defendant Arizona Attorney General Kristin K. Mayes*