Phillip Potter
2301 N. 66th Street
Scottsdale, Arizona 85257
Phone: 480.459.0310
E-Mail: phillip.t.potter@gmail.com
Plaintiff
Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter, | No. CV-25-00663-PHX-DWL |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF INITIAL DISCLOSURE** |
| Robert Meza, et al., | |
| Defendants. | |

    Per LRCiv 5.2, provides notice that he served defendants with his Fed. R. Civ. P. 26(a)(1) Initial Disclosure via email on August 19, 2025.

DATED this 19th day of August 2025.
By: <u>//s//</u>
Phillip Potter
Plaintiff
Pro Se