**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant Alane Ortega*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter,<br><br>        Plaintiff,<br><br>v.<br><br>Robert Meza, et al.,<br><br>        Defendant. | Case No.  2:25-cv-00663-PHX-DWL<br><br>**NOTICE OF SERVICE OF INITIAL DISCLOSURE** |

      Pursuant to LRCiv. 5.2, Defendant Alane Ortega hereby gives notice that she served her Rule 26(a) Initial Disclosure on Plaintiff Phillip Potter, pro se, and on counsel for all co-defendants via email on August 20, 2025.

      RESPECTFULLY SUBMITTED this 20th day of August, 2025.

                             **Silence Law Group PLLC**


                             */s/ Trevor Cook*
                             Trevor Cook
                             Jeffrey Silence
                             *Attorneys for Defendant Alane Ortega*