KRISTIN K. MAYES
Attorney General
Firm State Bar No. 14000

Kara Karlson, No. 029407
Senior Litigation Counsel
2005 North Central Avenue
Phoenix, AZ  85004-1592
Telephone (602) 542-8323
Facsimile (602) 542-4385
Kara.Karlson@azag.gov
adminlaw@azag.gov
*Attorney for Defendant Presiding Judge of Maricopa County Pamela Gates*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Robert Meza, in his private capacity; Karrin Taylor Robson, in her private capacity; Alane Ortega; Kris Mayes, in her official capacity as Arizona Attorney General; Pamela Gates, in her official administrative capacity as Presiding Judge of the Maricopa County Superior Court; and Does 1-60, inclusive,<br><br>Defendants. | Case No. 2:25-CV-00663-PHX-DWL<br><br>**NOTICE OF SUBSTITUTION OF PARTY** |

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Honorable Pamela Gates succeeded the Honorable Joseph Welty as Presiding Judge of the Maricopa County Superior Court, and is automatically substituted as an official-capacity defendant in this matter.  This Notice is filed solely to inform the parties and the Court of the

1 automatic substitution, and does not affect the current briefing deadlines for the Judicial
2 Defendant's Motion to Dismiss.

      Respectfully submitted this 29th day of August, 2025.

                                Kristin K. Mayes
                                Attorney General

                                */s/ Kara Karlson*
                                Kara Karlson
                                Senior Litigation Counsel
                                *Attorney for Defendant Presiding Judge of*
                                *Maricopa County Pamela Gates*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I HEREBY CERTIFY that on this 29th day of August, 2025, I filed the forgoing |
| 3 | document electronically through the CM/ECF system, which caused all parties or counsel |
| 4 | of record to be served by electronic means, as more fully reflected on the Notice of |
| 5 | Electronic Filing. |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | /s/Monica Quinonez |