```
Timothy A. Nelson (#016274)
THE NELSON LAW GROUP, PLLC
24 West Camelback
Suite A#541
Phoenix, Arizona 85013
Telephone:   602.421.2681
Facsimile:   602.456.9982
Email:   tim@nelsonlawsolutions.com
```

*Attorney for Defendant Robert Meza*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Robert Meza, et al,<br><br>　　　　　　　Defendant. | Case No. 2:25-cv-00663-PHX-DWL<br><br>**NOTICE OF SERVICE OF INITIAL DISCLOSURE**<br><br>(Hon. Dominic W. Lanza) |

Pursuant to LRCiv. 5.2, Defendant Robert Meza hereby gives notice that, subject to, and without waiving his objection to having to do so, and in an effort to avoid further unnecessary motions practice by Plaintiff, he served his Rule 26(a) Initial Disclosure on Plaintiff Phillip Potter, pro se, and on counsel for all Co-Defendants, via email on September 8, 2025.

Dated: September 8, 2025.

　　　　　　　　　　　　　　　　　THE NELSON LAW GROUP, PLLC

　　　　　　　　　　　　　　　　　By: */s/ Timothy A. Nelson*
　　　　　　　　　　　　　　　　　Timothy A. Nelson
　　　　　　　　　　　　　　　　　24 West Camelback
　　　　　　　　　　　　　　　　　Suite A#541
　　　　　　　　　　　　　　　　　Phoenix, Arizona 85013
　　　　　　　　　　　　　　　　　Telephone:   602.421.2681
　　　　　　　　　　　　　　　　　Facsimile:   602.456.9982

　　　　　　　　　　　　　　　　　*Attorney for Defendant Robert Meza*