KRISTIN K. MAYES
Attorney General
Firm State Bar No. 14000

Kara Karlson, No. 029407
Senior Litigation Counsel
2005 North Central Avenue
Phoenix, AZ 85004-1592
Telephone (602) 542-8323
Facsimile (602) 542-4385
Kara.Karlson@azag.gov
adminlaw@azag.gov
*Attorney for Defendant Presiding Judge of Maricopa County Pamela Gates*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Robert Meza, in his private capacity; et al,<br><br>Defendants. | Case No. 2:25-CV-00663-PHX-DWL<br><br>**NOTICE OF SERVICE OF INITIAL DISCLOSURE OF JUDICIAL DEFENDANT** |

Pursuant to Rule 26, and this Court's Order of September 12, 2025 (Doc. 80), the presiding judge of Maricopa County Pamela Gates ("Judicial Defendant") provides notice to the Court that she provided her Initial Disclosures to all parties to this case on this date, September 26, 2025.

Respectfully submitted this 26th day of September, 2025.

Kristin K. Mayes
Attorney General

*/s/ Kara Karlson*
Kara Karlson

Senior Litigation Counsel
*Attorney for Defendant Presiding Judge of Maricopa County Pamela Gates*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of September, 2025, filed the forgoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/Monica Quinonez*