Brett W. Johnson (#021527)
Derek C. Flint (#034392)
Charlene A. Warner (#037169)
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
Email: bwjohnson@swlaw.com
   dflint@swlaw.com
   cwarner@swlaw.com

*Attorneys for Defendant Karrin Taylor Robson*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter, | No. 2:25-cv-00663-PHX-DWL |
| Plaintiff, | **NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT** |
| v. | |
| Robert Meza, et al., | |
| Defendants. | |

Pursuant to LRCiv 5.2, notice is hereby given that Defendant Karrin Taylor Robson served her Initial Disclosure Statement on Plaintiff Phillip Potter via email on September 26, 2025.

DATED this 26th day of September, 2025

        SNELL & WILMER L.L.P.

By: /s/ *Derek C. Flint*
    Brett W. Johnson
    Derek C. Flint
    Charlene A. Warner
    One East Washington Street
    Suite 2700
    Phoenix, Arizona 85004-2556
    Telephone:    602.382.6000
    Facsimile:    602.382.6070

*Attorneys for Defendant Karrin Taylor Robson*