IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter,<br><br>  Plaintiff,<br><br>v.<br><br>Robert Meza, et al,<br><br>  Defendants. | No. 2:25-cv-00663-PHX-DWL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO TAKE LIMITED JURISDICTIONAL DISCOVERY FROM PRESIDING JUDGE PAMELA GATES** |

    The Court has considered Plaintiff's Motion To Take Limited Jurisdictional Discovery From Presiding Judge Pamela Gates.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion To Take Limited Jurisdictional Discovery From Presiding Judge Pamela Gates is GRANTED, as follows:

(1)    Presiding Judge Pamela Gates will produce all administrative records and court records (a) Presiding Judge Joseph Welty created, or relied on, to "designate" any authority to the Hon. John Blanchard to "designate a pro se litigant a vexatious litigant" in case CV2022-008626 per A.R.S. § 12-3201(A); (b) which contain, or reference, an "application" from the Hon. John Blanchard to

Presiding Judge Joseph Welty to designate Phillip Potter a vexatious litigant; (c) which contain, or reference, communications the Hon. Joseph Welty made in any capacity with any other person regarding any "application" to designate Plaintiff vexatious; and (d) which contain, or reference, communications the Hon. Joseph Welty and/or the Hon. Pamela Gates made in any capacity with any other person regarding Administrative Order 2023-159.

(2)   Presiding Judge Pamela Gates will produce the forementioned records within ten (10) calendar days of the issuance of this order.

DATED this _____ day of _____, 2025.

_____
The Hon. Dominic W. Lanza
United States District Judge