# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter,<br><br>             Plaintiff,<br><br>v.<br><br>Robert Meza, et al,<br><br>             Defendants. | No. 2:25-cv-00663-PHX-DWL<br><br>**[PROPOSED] ORDER GRANTING SECOND MOTION TO TAKE JUDICIAL NOTICE RE: ATTORNEY GENERAL MAYES' MOTION TO DISMISS** |

The Court has considered Plaintiff's Second Motion To Take Judicial Notice Re: Attorney General Mayes' Motion to Dismiss**.**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Second Motion To Take Judicial Notice Re: Attorney General Mayes' Motion to Dismiss is GRANTED, as follows:

(1)    The Court judicially notices Calif. Code Civ. P. §§ 391-391.8, including Calif. Code Civ. P. § 391.3(b) language which says state courts may find a pro se litigant vexatious "[i]f, after hearing evidence on the motion, the court determines that the litigation has no merit and has been filed for the purposes of harassment or delay".

(2) The Court judicially notices Arizona's online vexatious litigant list and the case records contained therein.

(3) The Court judicially notices the language contained in each case from the forementioned "list" that Plaintiff quoted in the Second Motion to Take Judicial Notice Re: Attorney General Mayes' Motion to Dismiss.

DATED this _____ day of _____, 2025.

_____
The Hon. Dominic W. Lanza
United States District Judge