**12-109. Rules and administrative orders of pleading, practice and procedure; adoption; prohibitions; electronic signatures; distribution**

A. The supreme court, by rules or administrative orders, shall regulate pleading, practice and procedure in judicial proceedings in all courts of this state to simplify pleading, practice and procedure and promote speedy determination of litigation on its merits.

B. The rules and administrative orders shall not do any of the following:

1. Abridge, enlarge or modify substantive rights of a litigant.

2. Abridge, enlarge or modify statutory, contractual or common law real property rights or questions of substantive law.

C. The court may allow documents that require a sworn written declaration, verification, certificate, statement, oath or affidavit to be signed with an electronic signature.

D. The supreme court shall print and distribute the rules and administrative orders to all members of the state bar and to all other persons who apply.

E. The rules shall not become effective until sixty days after distribution.