**THOMSON REUTERS WESTLAW** Arizona Court Rules

Home | Table of Contents

*Rule 92. Presiding Judge; Associate Presiding Judge*

Arizona Revised Statutes Annotated

Rules of the Supreme Court of Arizona

Arizona Revised Statutes Annotated
    Rules of the Supreme Court of Arizona (Refs & Annos)
      VIII. Superior Court Administration

A.R.S. Sup.Ct.Rules, Rule 92

Rule 92. Presiding Judge; Associate Presiding Judge

Currentness

**(a) Powers and Duties of Presiding Judge.** The presiding judge in each county, in addition to exercising general administrative supervision over the court and the judges thereof, shall:

(1) Make regular and special assignments of all judges, except as otherwise provided by A.R.S. Section 8-202(B), and, unless otherwise directed by the Chief Justice, assign judges within the county to other counties;

(2) Exercise general supervision over all court personnel;

(3) Prescribe the powers and duties of the clerk of the court, in addition to those prescribed by law and the Supreme Court;

(4) Appoint with the approval of the Supreme Court an associate presiding judge to serve as acting presiding judge during the presiding judge's absence or unavailability;

(5) Determine the need for and approve (i) the allocation of space and furnishings in the court building; (ii) the construction of new court buildings, courtrooms and related physical facilities; and (iii) the modification of existing court buildings, courtrooms and related physical facilities;

(6) Identify and develop programs that provide alternative methods for the resolution of civil disputes to which actions may be referred pursuant to the authority conferred by Rule 16(i) of the Arizona Rules of Civil Procedure, and promulgate such local rules as a majority of the judges of the county may approve establishing and governing such alternative dispute resolution programs.

In order to facilitate the business of the court the presiding judge or associate presiding judge may delegate the duties prescribed in these rules to other judges.

**(b) Associate Presiding Judge.** The associate presiding judge shall serve at the pleasure of the presiding judge and shall exercise and discharge all powers and duties of the presiding judge, except the associate presiding judge may not appoint court commissioners or appoint judges permanently to special assignments.

**(c) Assignment of Cases.** In counties with more than one judge, the presiding judge may, upon the presiding judge's motion or upon the motion of any party, assign a case permanently to one judge for all purposes.

**Credits**
Added Oct. 10, 2000, effective Dec. 1, 2000. Amended Aug. 31, 2017, effective July 1, 2018.
    <Formerly Part VII. Redesignated as Part VIII January 15, 2003, effective July 1, 2003.>
    <The heading was changed from "Court Commissioners" to "Superior Court Administration" by order dated Oct. 10, 2000, effective Dec. 1, 2000.>

17A Pt. 2 A. R. S. Sup. Ct. Rules, Rule 92, AZ ST S CT Rule 92
State Court Rules and the Code of Judicial Administration are current with amendments received and effective through October 15, 2025. Some rules may be more current, see credits for details.

**END OF DOCUMENT**