# NEWS RELEASE

Arizona Supreme Court
Administrative Office of the Courts



Contact:  Alberto Rodriguez
Phone:    602-452-3656
Mobile:   602-448-8412
Email:    arodriguez@courts.az.gov

Dec. 13, 2024

### Judge Pamela S. Gates Appointed Presiding Judge for Maricopa County

PHOENIX – The Arizona Supreme Court has appointed Hon. Pamela S. Gates as Presiding Judge for the Superior Court in Maricopa County, effective July 1, 2025. Gates is the Associate Presiding Judge for the court, and has served as Presiding Civil Judge, Associate Criminal Presiding Judge, and Associate Presiding Judge for the downtown family court.

Prior to her appointment to the bench in 2009, Judge Gates was a partner at Bryan Cave. Her private practice included handling complex civil litigation matters with a concentration in environmental litigation.

In accepting the appointment, Judge Pamela Gates said, "I am honored by the Supreme Court's decision to appoint me as the Presiding Judge of the Superior Court in Maricopa County. I look forward to continuing our commitment to providing the community a court system that ensures fairness and access to justice for all. Together with my colleagues, we will work to ensure that the court system remains a steadfast guardian of the Rule of Law and a vital resource for those who seek justice."

Presiding Judges in Arizona serve as the chief executive officer of the county courts, having administrative authority over the courts, judicial officers, and court employees in their county. The Presiding Judge oversees case assignments, court calendars, financial management, and helps set the court's strategic agenda. They also monitor the performance of the courts to ensure that cases are processed in a timely manner. Judge Gates will receive no additional compensation for her duties and responsibilities as Presiding Judge.

Judge Gates graduated cum laude from Drake University with a B.S. Political Science and History and earned her J.D. with distinction from the University of Iowa College of Law.

###

*Learn more about Arizona's judicial branch by visiting azcourts.gov. Follow us on X, formerly Twitter: @AZCourts and on Facebook: @ArizonaSupremeCourt.*