## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2022-008626 | **Judge:** | Ponce, Adele |
| **File Date:** | 7/8/2022 | **Location:** | Downtown |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Phillip Potter | Plaintiff | Male | Pro Per |
| Arizona House Of Representatives | Defendant | | KEVIN O'MALLEY |
| Robert Meza | Defendant | Male | Timothy Nelson |
| Karrin Taylor Robson | Defendant | Female | Derek Flint |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 12/19/2024 | ORD - Order | 12/19/2024 | |
| **NOTE:** SUPPLEMENTAL JUDGMENT FOR ATTORNEYS' FEES AND COSTS ORDERED BY THE ARIZONA COURT OF APPEALS | | | |
| 11/22/2024 | NOL - Notice of Lodging | 11/25/2024 | |
| **NOTE:** NOTICE OF LODGING PROPOSED FORM OF SUPPLEMENTAL JUDGMENT FOR ATTORNEYS' FEES AND COSTS ORDERED BY THE ARIZONA COURT OF APPEALS | | | |
| 10/21/2024 | LET - Letter | 10/23/2024 | |
| **NOTE:** COURT OF APPEALS | | | |
| 10/21/2024 | MAN - Order Of Mandate | 10/23/2024 | |
| **NOTE:** COURT OF APPEALS | | | |
| 4/10/2024 | ALT - Appeals Letter Of Transmittal | 4/12/2024 | |
| 2/21/2024 | NOT - Notice | 2/23/2024 | |
| **NOTE:** Notice of Court of Appeals Decision Affirming Final Judgment | | | |
| 2/15/2024 | SOC - Statement Of Costs | 2/16/2024 | |
| **NOTE:** APPELLEE ROBERT MEZA'S STATEMENT OF ATTORNEYS' FEES AND COSTS | | | |
| 11/15/2023 | AIX - Appeals Index | 11/20/2023 | |
| **NOTE:** AMENDED | | | |
| 11/15/2023 | REC - Receipt | 11/20/2023 | |
| **NOTE:** C2C TRANSMISSION | | | |
| 10/31/2023 | MEM - Memorandum | 11/3/2023 | |
| 10/3/2023 | NOT - Notice | 10/3/2023 | |
| **NOTE:** Defendant's Notice of Ordering 2/23/2023 Hearing Transcript | | | |
| 10/3/2023 | CAO - Court Of Appeals Order | 10/6/2023 | |
| 9/26/2023 | NOT - Notice | 9/29/2023 | Plaintiff(1) |
| **NOTE:** Notice of Intention Not to Order | | | |
| 9/19/2023 | NOT - Notice | 9/22/2023 | |
| **NOTE:** Defendants' Designation of Additional Transcript as Part of Record on Appeal | | | |
| 9/12/2023 | 023 - ME: Order Entered By Court | 9/12/2023 | |
| 9/11/2023 | RTM - Returned Mail or Returned/ReMailed Mail | 9/13/2023 | |
| 9/4/2023 | MOT - Motion | 9/6/2023 | Plaintiff(1) |
| **NOTE:** MOTION TO STAY ENFORCEMENT OF INJUNCTION | | | |
| 8/29/2023 | RTM - Returned Mail or Returned/ReMailed Mail | 8/31/2023 | |
| 8/21/2023 | CAR - Court Of Appeals Receipt | 8/27/2023 | |
| 8/21/2023 | AIX - Appeals Index | 8/27/2023 | |
| 8/8/2023 | ANA - Amended Notice Of Appeal | 8/9/2023 | Plaintiff(1) |
| **NOTE:** Amended Notice of Appeal | | | |
| 8/7/2023 | RNM - Returned Mail | 8/11/2023 | |
| 7/18/2023 | RNM - Returned Mail | 7/24/2023 | |
| 7/13/2023 | REC - Receipt | 7/20/2023 | |
| **NOTE:** C2C TRANSMISSION / | | | |
| 7/13/2023 | AIX - Appeals Index | 7/20/2023 | |
| **NOTE:** ELECTRONIC INDEX OF RECORD | | | |
| 7/11/2023 | JUD - Judgment | 7/11/2023 | |
| **NOTE:** FINAL JUDGMENT | | | |
| 7/5/2023 | REL - Reply | 7/5/2023 | |
| **NOTE:** DEFENDANTS' REPLY IN SUPPORT OF NOTICE OF LODGING PROPOSED FORM OF FINAL JUDGMENT | | | |

| Date | Entry | Date2 | Party |
|---|---|---|---|
| 6/28/2023 | NOT - Notice | 7/13/2023 | |
| NOTE: | C2C TRANSMISSION RECEIPT | | |
| 6/28/2023 | NOT - Notice | 7/13/2023 | |
| NOTE: | ELECTRONIC INDEX OF RECORD | | |
| 6/27/2023 | OBJ - Objection/Opposition | 6/28/2023 | Plaintiff(1) |
| NOTE: | Response in Opposition to Proposed Final Order | | |
| 6/23/2023 | ANA - Amended Notice Of Appeal | 6/23/2023 | Plaintiff(1) |
| NOTE: | Amended Notice of Appeal | | |
| 6/15/2023 | NOT - Notice | 6/15/2023 | |
| NOTE: | DEFENDANTS' NOTICE OF LODGING PROPOSED FORM OF FINAL JUDGMENT | | |
| 6/12/2023 | 023 - ME: Order Entered By Court | 6/12/2023 | |
| 6/8/2023 | CAO - Court Of Appeals Order | 6/12/2023 | |
| NOTE: | COURT OF APPEALS ORDER CONTINUING STAY | | |
| 6/7/2023 | 023 - ME: Order Entered By Court | 6/7/2023 | |
| 6/6/2023 | 019 - ME: Ruling | 6/6/2023 | |
| 5/31/2023 | CAR - Court Of Appeals Receipt | 6/1/2023 | |
| 5/30/2023 | RNM - Returned Mail | 5/31/2023 | |
| 5/25/2023 | ALT - Appeals Letter Of Transmittal | 5/26/2023 | |
| 5/25/2023 | CAO - Court Of Appeals Order | 5/26/2023 | |
| NOTE: | Declining Special Action Jurisdiction | | |
| 5/24/2023 | MOT - Motion | 5/24/2023 | Plaintiff(1) |
| NOTE: | Motion for Signed Judgment Pursuant to Court of Appeals Order | | |
| 5/24/2023 | NOT - Notice | 5/25/2023 | |
| NOTE: | Joint Notice of Outstanding Issues | | |
| 5/18/2023 | CAO - Court Of Appeals Order | 5/19/2023 | |
| NOTE: | Order Staying Appeal | | |
| 5/11/2023 | ALT - Appeals Letter Of Transmittal | 5/12/2023 | |
| 5/11/2023 | CAO - Court Of Appeals Order | 5/12/2023 | |
| NOTE: | Dismissing Appeal | | |
| 4/21/2023 | CAR - Court Of Appeals Receipt | 4/24/2023 | |
| NOTE: | C2C TRANSMISSION RECEIPT | | |
| 4/21/2023 | AIX - Appeals Index | 4/24/2023 | |
| NOTE: | ELECTRONIC INDEX OF RECORD | | |
| 4/19/2023 | NOT - Notice | 4/20/2023 | |
| NOTE: | APPELLATE CLERK NOTICE | | |
| 4/6/2023 | NOT - Notice | 4/10/2023 | |
| NOTE: | NOTICE OF FILING NOTICE OF APPEAL | | |
| 4/4/2023 | CAO - Court Of Appeals Order | 4/5/2023 | |
| NOTE: | ORDER RE: AMENDED NOTICE OF APPEAL / NEW APPEAL | | |
| 3/28/2023 | MAN - Order Of Mandate | 4/9/2023 | |
| 3/28/2023 | MAN - Order Of Mandate | 3/29/2023 | |
| 3/28/2023 | CAR - Court Of Appeals Receipt | 3/29/2023 | |
| NOTE: | C2C TRANSMISSION RECEIPT | | |
| 3/28/2023 | AIX - Appeals Index | 3/29/2023 | |
| NOTE: | AMENDED ELECTRONIC INDEX OF RECORD | | |
| 3/17/2023 | ANA - Amended Notice Of Appeal | 3/21/2023 | Plaintiff(1) |
| NOTE: | AMENDED NOTICE OF APPEAL | | |
| 3/13/2023 | 025 - ME: Case Status Minute Entry | 3/13/2023 | |
| 3/8/2023 | CAR - Court Of Appeals Receipt | 3/9/2023 | |
| NOTE: | C2C TRANSMISSION RECEIPT | | |
| 3/8/2023 | AIX - Appeals Index | 3/9/2023 | |
| NOTE: | ELECTRONIC INDEX OF RECORD | | |
| 3/3/2023 | NOT - Notice | 3/6/2023 | |
| NOTE: | APPELLATE CLERK NOTICE | | |
| 3/1/2023 | 023 - ME: Order Entered By Court | 3/1/2023 | |
| 2/27/2023 | EXW - Exhibits Work Sheet | 3/1/2023 | |
| 2/27/2023 | 020 - ME: Matter Under Advisement | 2/27/2023 | |
| 2/27/2023 | 926 - ME: Under Advisement Ruling | 2/27/2023 | |
| 2/23/2023 | LOW - List Of Witnesses/Exhibit/Evidence | 2/27/2023 | Plaintiff(1) |
| NOTE: | Notice of Exhibits | | |
| 2/22/2023 | 023 - ME: Order Entered By Court | 2/22/2023 | |
| 2/21/2023 | NOF - Notice Of Filing | 2/24/2023 | |
| NOTE: | Notice of Filing Exhibits for Evidentiary Hearing | | |
| 2/16/2023 | MTD - Motion To Dismiss | 2/21/2023 | Plaintiff(1) |
| NOTE: | MOTION TO DISMISS DEFENDANTS' REQUEST FOR INJUNCTIVE RELIEF PER A.R.S. § 12-751 AND A.R.S. § 12-1802(4) | | |
| 2/14/2023 | REL - Reply | 2/15/2023 | Plaintiff(1) |
| NOTE: | Reply to Motion for Clarification | | |
| 2/13/2023 | MOT - Motion | 2/14/2023 | Plaintiff(1) |
| NOTE: | Motion for Clarification | | |
| 2/13/2023 | RES - Response | 2/15/2023 | |
| NOTE: | Defendants' Response to Plaintiff's Motion for Clarification | | |
| 2/7/2023 | 056 - ME: Hearing Set | 2/7/2023 | |

| Date | Entry | Date2 | Party |
|---|---|---|---|
| 2/2/2023 | MOT - Motion | 2/4/2023 | Plaintiff(1) |
| NOTE: | Motion for Signed Judgment | | |
| 2/2/2023 | NAP - Notice Of Appeal | 2/4/2023 | Plaintiff(1) |
| NOTE: | Notice of Appeal | | |
| 2/2/2023 | 019 - ME: Ruling | 2/2/2023 | |
| 2/2/2023 | 023 - ME: Order Entered By Court | 2/2/2023 | |
| 2/1/2023 | CAO - Court Of Appeals Order | 2/2/2023 | |
| 2/1/2023 | REL - Reply | 2/4/2023 | Plaintiff(1) |
| NOTE: | Reply to Motion for Reconsideration | | |
| 1/31/2023 | NOT - Notice | 2/2/2023 | Plaintiff(1) |
| NOTE: | Notice | | |
| 1/31/2023 | CAO - Court Of Appeals Order | 2/1/2023 | |
| NOTE: | ORDER | | |
| 1/30/2023 | MOT - Motion | 2/1/2023 | Plaintiff(1) |
| NOTE: | Motion for TRO and for Order Setting Hearing on Preliminary Injunction | | |
| 1/27/2023 | ALT - Appeals Letter Of Transmittal | 1/30/2023 | |
| 1/27/2023 | CAO - Court Of Appeals Order | 1/30/2023 | |
| NOTE: | DIV 1 TRANSFER ORDER | | |
| 1/27/2023 | RES - Response | 1/31/2023 | |
| NOTE: | DEFENDANT ROBERT MEZA'S RESPONSE TO MOTION FOR RECONSIDERATION | | |
| 1/27/2023 | RES - Response | 1/31/2023 | |
| NOTE: | Defendant Arizona House of Representatives' Response to Request for Reconsideration | | |
| 1/24/2023 | CAR - Court Of Appeals Receipt | 1/25/2023 | |
| 1/24/2023 | AIX - Appeals Index | 1/25/2023 | |
| NOTE: | ELECTRONIC INDEX OF RECORD-AMENDED | | |
| 1/17/2023 | REL - Reply | 1/20/2023 | |
| NOTE: | DEFENDANT ROBERT MEZA'S REPLY IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES | | |
| 1/17/2023 | REL - Reply | 1/20/2023 | |
| NOTE: DEFENDANT ARIZONA HOUSE OF REPRESENTATIVES' REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AS SANCTIONS | | | |
| 1/17/2023 | REL - Reply | 1/20/2023 | |
| NOTE: DEFENDANT KARRIN TAYLOR ROBSON'S REPLY IN SUPPORT OF RULE 11 MOTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES UNDER A.R.S. §§ 12-349–50 AND SUPPLEMENTAL APPLICATION FOR ATTORNEYS' FEES | | | |
| 1/17/2023 | REL - Reply | 1/20/2023 | |
| NOTE: | REPLY IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DESIGNATE PLAINTIFF AS VEXATIOUS LITIGANT | | |
| 1/13/2023 | RES - Response | 1/18/2023 | |
| NOTE: | Defendant Karrin Taylor Robson's Response to Plaintiff's Motion for Reconsideration | | |
| 1/11/2023 | 906 - ME: Response/Reply Times Set | 1/11/2023 | |
| 1/2/2023 | RES - Response | 1/3/2023 | Plaintiff(1) |
| NOTE: Plaintiff's Combined Response to Defendants' Joint Motion to Designate Plaintiff a Vexatious Litigant and Defendant Karrin Taylor Robson's Motion for Rule 11 Sanctions | | | |
| 1/2/2023 | RES - Response | 1/3/2023 | Plaintiff(1) |
| NOTE: | Plaintiff's Combined Response to Defendants' Applications for Attorney Fees and Costs | | |
| 12/30/2022 | 906 - ME: Response/Reply Times Set | 12/30/2022 | |
| 12/23/2022 | NAP - Notice Of Appeal | 12/27/2022 | Plaintiff(1) |
| NOTE: | Notice of Appeal | | |
| 12/13/2022 | MOT - Motion | 12/14/2022 | |
| NOTE: DEFENDANT KARRIN TAYLOR ROBSON'S MOTION FOR ATTORNEY'S FEES AND EXPENSES UNDER A.R.S. §§ 12-349–50 | | | |
| 12/13/2022 | AAF - Application For Attorney Fees | 12/15/2022 | |
| NOTE: DEFENDANT ROBERT MEZA'S MOTION FOR ATTORNEYS' FEES AS SANCTIONS AND DECLARATION IN SUPPORT THEREOF | | | |
| 12/13/2022 | AAF - Application For Attorney Fees | 12/15/2022 | |
| NOTE: | Defendant Arizona House of Representatives' Motion for Attorneys' Fees as Sanctions | | |
| 12/12/2022 | MOT - Motion | 12/13/2022 | |
| NOTE: | Defendants' Joint Motion to Designate Plaintiff as Vexatious Litigant | | |
| 12/12/2022 | MOT - Motion | 12/13/2022 | |
| NOTE: | Defendant Karrin Taylor Robson's Rule 11 Motion for Sanctions | | |
| 12/5/2022 | MOT - Motion | 12/5/2022 | Plaintiff(1) |
| NOTE: | Motion for Reconsideration | | |
| 11/23/2022 | 005 - ME: Hearing | 11/23/2022 | |
| 11/22/2022 | PSC - Petition For Order To Show Cause | 11/22/2022 | Plaintiff(1) |
| NOTE: | Second Supplement to Second Application for Order to Show Cause | | |
| 10/28/2022 | 094 - ME: Oral Argument Set | 10/28/2022 | |
| 10/28/2022 | NOT - Notice | 11/2/2022 | |
| NOTE: | DEFENDANT KARRIN TAYLOR ROBSON'S LAW FIRM SNELL & WILMER L.L.P.'S NOTICE OF CHANGE OF ADDRESS | | |
| 10/14/2022 | RES - Response | 10/18/2022 | |
| NOTE: KARRIN TAYLOR ROBSON'S RESPONSE IN OPPOSITION TO PLAINTIFF'S SECOND APPLICATION FOR ORDER TO SHOW CAUSE | | | |

| Date | Event | Date2 | Party |
|---|---|---|---|
| 10/11/2022 | OBJ - Objection/Opposition | 10/13/2022 | |
| NOTE: | DEFENDANT ARIZONA HOUSE OF REPRESENTATIVES' OPPOSITION TO PLAINTIFF'S SECOND APPLICATION FOR ORDER TO SHOW CAUSE | | |
| 10/11/2022 | OBJ - Objection/Opposition | 10/14/2022 | |
| NOTE: | DEFENDANT ROBERT MEZA'S OPPOSITION TO PLAINTIFF'S SECOND APPLICATION FOR ORDER TO SHOW CAUSE | | |
| 10/5/2022 | NOT - Notice | 10/8/2022 | Plaintiff(1) |
| NOTE: | Supplement to Second Application FOR ORDER TO Show Cause | | |
| 9/30/2022 | REL - Reply | 10/5/2022 | |
| NOTE: | DEFENDANT ARIZONA HOUSE OF REPRESENTATIVES' REPLY IN SUPPORT OF MOTION TO DISMISS | | |
| 9/28/2022 | PSC - Petition For Order To Show Cause | 9/30/2022 | Plaintiff(1) |
| NOTE: | Second Application for Order to Show Cause | | |
| 9/28/2022 | REL - Reply | 10/1/2022 | |
| NOTE: | Defendant Karrin Taylor Robson's Reply IN SUPPORT of Motion to Dismiss | | |
| 9/26/2022 | REL - Reply | 9/28/2022 | |
| NOTE: | DEFENDANT ROBERT MEZA'S REPLY IN SUPPORT OF MOTION TO DISMISS | | |
| 9/25/2022 | REL - Reply | 9/26/2022 | Plaintiff(1) |
| NOTE: | REPLY TO DEFENDANT HOUSE OF REPRESENTATIVES' OBJECTION TO IN CAMERA INSPECTION OF DISPUTED RECORDS | | |
| 9/25/2022 | REL - Reply | 9/27/2022 | Plaintiff(1) |
| NOTE: | REPLY TO DEFENDANT MEZA'S OBJECTION TO IN CAMERA INSPECTION OF DISPUTED RECORDS | | |
| 9/25/2022 | REL - Reply | 9/27/2022 | Plaintiff(1) |
| NOTE: | REPLY TO DEFENDANT ROBSON'S OBJECTION TO IN CAMERA INSPECTION OF DISPUTED RECORDS | | |
| 9/23/2022 | RES - Response | 9/24/2022 | Plaintiff(1) |
| NOTE: | Response to Defendant House of Representatives' Motion to Dismiss | | |
| 9/21/2022 | RES - Response | 9/23/2022 | Plaintiff(1) |
| NOTE: | Response to Defendant Robson's Motion to Dismiss | | |
| 9/20/2022 | OBJ - Objection/Opposition | 9/23/2022 | |
| NOTE: | Opposition to Motion for In Camera REVIEW | | |
| 9/20/2022 | RES - Response | 9/23/2022 | |
| NOTE: | DEFENDANT ARIZONA HOUSE OF REPRESENTATIVES' RESPONSE TO MOTION FOR IN CAMERA INSPECTION OF DISPUTED RECORDS | | |
| 9/20/2022 | RES - Response | 9/23/2022 | |
| NOTE: | KARRIN TAYLOR ROBSON'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR IN CAMERA REVIEW | | |
| 9/19/2022 | RES - Response | 9/22/2022 | Plaintiff(1) |
| NOTE: | Response to Defendant Meza's Motion to Dismiss | | |
| 9/15/2022 | MTD - Motion To Dismiss | 9/19/2022 | |
| NOTE: | Defendant Arizona House of Representatives' Motion to Dismiss | | |
| 9/15/2022 | MTD - Motion To Dismiss | 9/19/2022 | |
| NOTE: | DEFENDANT KARRIN TAYLOR ROBSON'S MOTION TO DISMISS | | |
| 9/15/2022 | MTD - Motion To Dismiss | 9/19/2022 | |
| NOTE: | DEFENDANT ROBERT MEZA'S MOTION TO DISMISS PURSUANT TO ARIZ. R. CIV. P. 12(B)(1) and (6) | | |
| 9/15/2022 | CER - Certificate | 9/19/2022 | |
| NOTE: | Good Faith Consultation Certificate | | |
| 8/31/2022 | MOT - Motion | 9/3/2022 | Plaintiff(1) |
| NOTE: | MOTION FOR IN CAMERA INSPECTION OF DISPUTED RECORDS | | |
| 8/10/2022 | 005 - ME: Hearing | 8/10/2022 | |
| 8/5/2022 | CAN - Credit Memo Appearance Fee Paid | 8/8/2022 | |
| NOTE: | Credit Memo/Appearance Fee Paid | | |
| 8/2/2022 | WSS - Waiver Of Service Of Summons | 8/5/2022 | |
| NOTE: | DEFENDANT ROBERT MEZA'S WAIVER OF SERVICE OF PROCESS PURSUANT TO ARIZ. R. CIV. P 4(f)(1) | | |
| 8/2/2022 | NOT - Notice | 8/5/2022 | |
| NOTE: | Joint Notice Re Outstanding Motions | | |
| 7/29/2022 | NAR - Notice Of Appearance | 8/1/2022 | |
| NOTE: | Notice of Appearance of Timothy A Nelson | | |
| 7/25/2022 | CAN - Credit Memo Appearance Fee Paid | 7/27/2022 | |
| NOTE: | Credit Memo/Appearance Fee Paid | | |
| 7/22/2022 | OSC - Order To Show Cause | 7/27/2022 | |
| 7/19/2022 | 066 - ME: Case Reassigned | 7/19/2022 | |
| 7/19/2022 | 001 - ME: Disqualification | 7/19/2022 | |
| 7/15/2022 | WSS - Waiver Of Service Of Summons | 7/20/2022 | |
| NOTE: | Waiver of Service on Defendant Karrin Taylor Robson | | |
| 7/15/2022 | NJR - Notice of change of Judge for right | 7/20/2022 | |
| NOTE: | Notice of Change of Judge | | |
| 7/15/2022 | NAR - Notice Of Appearance | 7/21/2022 | |
| NOTE: | NOTICE OF APPEARANCE | | |
| 7/15/2022 | WSS - Waiver Of Service Of Summons | 7/21/2022 | |
| NOTE: | WAIVER OF SERVICE ON DEFENDANT ARIZONA HOUSE OF REPRESENTATIVES | | |
| 7/11/2022 | OSC - Order To Show Cause | 7/14/2022 | |
| 7/8/2022 | COM - Complaint | 7/8/2022 | Plaintiff(1) |
| 7/8/2022 | CSH - Coversheet | 7/8/2022 | Plaintiff(1) |
| 7/8/2022 | APL - Application | 7/8/2022 | Plaintiff(1) |
| NOTE: | FOR ORDER TO SHOW CAUSE | | |

## Case Calendar

| Date | Time | Event |
|---|---|---|
| 7/18/2022 | 9:30 | Order To Show Cause |
| 8/4/2022 | 10:30 | Order To Show Cause |
| 11/16/2022 | 11:00 | Oral Argument |
| 2/23/2023 | 10:30 | Evidentiary Hearing |

## Judgments

| Date | (F)or / (A)gainst | Amount | Frequency | Type | Status |
|---|---|---|---|---|---|
| 7/11/2023 | **F:** Robert Meza<br>**A:** Phillip Potter | $583.62 | One Time | Costs | |
| 7/11/2023 | **F:** Robert Meza<br>**A:** Phillip Potter | $10,000.00 | One Time | Attorney Fee | |
| 7/11/2023 | **F:** Arizona House Of Representatives<br>**A:** Phillip Potter | $326.62 | One Time | Costs | |
| 7/11/2023 | **F:** Arizona House Of Representatives<br>**A:** Phillip Potter | $10,000.00 | One Time | Attorney Fee | |
| 7/11/2023 | **F:** Karrin Taylor Robson<br>**A:** Phillip Potter | $583.62 | One Time | Costs | |
| 7/11/2023 | **F:** Karrin Taylor Robson<br>**A:** Phillip Potter | $11,000.00 | One Time | Attorney Fee | |