VIA E-MAIL ONLY

September 9, 2025

Kara Karlson
Senior Litigation Counsel
State Government Division - Elections
Office of the Arizona Attorney General
15 South 15th Avenue
Phoenix, AZ 85007

Re: Public Records Request

Ms. Karlson,

I am contacting you to request your client(s), the Presiding Judge(s) of the Maricopa County Superior Court (the Hon. Joseph Welty and the Hon. Pamela Gates), make records available for inspection pursuant to Ariz. R. Sup. Ct. 123 and A.R.S. § 39-121, *et seq.*. Specifically, I ask for copies of all records maintained in any storage medium (e.g., email, text message, voicemail, physical papers, digital files, etc.) which:

1. The Presiding Judge created, or relied on, to "designate" any authority to the Hon. John Blanchard to "designate a pro se litigant a vexatious litigant". *See* A.R.S. § 12-3201(A).
2. Contain, or reference, an "application" from the Hon. John Blanchard to the Presiding Judge to certify Phillip Potter as a vexatious litigant through case CV2022-008626.
3. Contain communications the Hon. Joseph Welty made with any other person regarding the previously referenced "application".
4. Reference, or contain communications the Hon. Joseph Welty and/or the Hon. Pamela Welty made with any other person regarding, Administrative Order 2023-159.

This request is not made for any commercial use. Please let me know if there will be any production costs prior to actual production.

The requested records are in your clients' actual and constructive possession as the Presiding Judge[s] of the Maricopa County Superior Court, and should be readily available with minimal efforts through a search of government e-mail servers, personal devices, and digital files.

I ask that your client furnish an index of records or categories of records that are being withheld, if any, and the reasons those records or categories of records are being withheld, if any.

If possible, please provide digital copies of the requested records to phillip.t.potter@gmail.com. Your client is welcome to provide a rolling response to expedite production and preserve resources. If you have any questions, or if I can clarify any matter, you are welcome to contact

1

me via the forementioned email address or via phone at 480-459-0310. I thought it best to route this request through you given current litigation. Thank you for your help with this.

Regards,
Phillip Potter