IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter,<br><br>                    Plaintiff,<br><br>v.<br><br>Robert Meza, et al,<br><br>                    Defendants. | No. 2:25-cv-00663-PHX-DWL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE RE: PRESIDING JUDGE GATES' MOTION TO DISMISS** |

The Court has considered Plaintiff's Motion To Take Judicial Notice Re: Presiding Judge Gates' Motion to Dismiss.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion To Take Judicial Notice Re: Presiding Judge Gates' Motion to Dismiss is GRANTED, as follows:

(1) The Court judicially notices the full contents of A.R.S. § 12-109, including the fact that A.R.S. § 12-109(B)(1) contains language which states that "administrative orders shall not do any of the following: 1. Abridge, enlarge or modify substantive rights of a litigant."

(2) The Court judicially notices the full contents of the Rules of the Supreme Court of

Arizona Rule 92.

(3) The Court judicially notices the full contents of the December 13, 2024 News Release issued by the Arizona supreme court which includes language that "Presiding Judges in Arizona serve as the chief executive officer of the county courts, having administrative authority over the courts, judicial officers, and court employees in their county."

(4) The Court judicially notices the CV2022-008626 case record, including the fact that Presiding Judge Joseph Welty was never the assigned trial court judge in that case and never entered an order into that case's docket.

(5) The Court judicially notices the full contents of Plaintiff's September 9, 2025 public records request made to Presiding Judge Pamela Gates through her counsel, Kara Karlson.

(6) The Court judicially notices the full contents of Ms. Karlson's October 21, 2025 response to Plaintiff's public records request of September 9, 2025, including the fact that Ms. Karlson's response did not include documentary evidence of any communication regarding an "application" to Presiding Judge Joseph Welty originating from the Hon. John Blanchard.

DATED this _____ day of _____, 2025.

_____

The Hon. Dominic W. Lanza

United States District Judge