FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JAN 0 2 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

138798

# RECEIPT FOR PAYMENT
## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ARIZONA

Date: 1/2/2026

RECEIVED FROM: Phillip Potter

FBO: _____

CASE/FINE NUMBER: CV25-663

**AMOUNT**

| | Code | Description | Amount |
|---|---|---|---|
| | 100 | Copy Fee | |
| | 103 | Record Search | |
| | 104 | Certification | |
| | 110 | Certificate of Good Standing | |
| | 112/113 | Attorney Admission | |
| | 200 | Filing Fee | |
| | 201 | Civil PLRA | |
| | 202 | Habeas | |
| ✓ | 203 | Appeal Fee | 605.00 |
| | 204 | Power of Attorney | |
| | 601 | Electronic Copy Fee | |
| | 602/603 | CVB Fine | |
| | 700 | SPA/Restitution | |
| | | Other | |

GRAND TOTAL  605.00

Payment Method: ☐ CHECK  ☒ MONEY ORDER  ☐ CREDIT CARD
CHECK ONE

_____  CC APPROVAL # _____
DEPUTY CLERK