IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Robert Meza, et al,<br><br>　　　　　　Defendants. | No. 2:25-cv-00663-PHX-DWL<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE STAY** |

　　The Court has considered Plaintiff's Motion For Administrative Stay.

　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion For Administrative Stay is GRANTED, as follows:

(1)　The Court administratively stays its January 6, 2026 Order (Doc. 100), suspending the effect and operation of that Order relative to Count One (Doc. 14) involving defendant parties Arizona Attorney General Kris Mayes and Presiding Judge Pamela Gates.

(2)　This administrative stay will terminate upon resolution of matters now before the Ninth Circuit in No. 25-7977.

(3)   For clarity, the Court retains its equitable powers during the administrative stay.

DATED this _____ day of _____, 2026.

_____
The Hon. Dominic W. Lanza
United States District Judge