1  Brett W. Johnson (#021527)
   Derek C. Flint (#034392)
2  Charlene A. Warner (#037169)
   SNELL & WILMER LLP
3  One East Washington Street
   Suite 2700
4  Phoenix, Arizona 85004-2556
   Telephone:   602.382.6000
5  Facsimile:    602.382.6070
   Email: bwjohnson@swlaw.com
6          dflint@swlaw.com
           cwarner@swlaw.com
7
   *Attorneys for Defendant Karrin*
8  *Taylor Robson*

9           IN THE UNITED STATES DISTRICT COURT

10             FOR THE DISTRICT OF ARIZONA

11

12  Phillip Potter,                      Case No. 2:25-cv-00663-PHX-DWL

13              Plaintiff,               **MOTION TO DISMISS OR STRIKE**
                                         **CLAIMS IN SECOND AMENDED**
14      v.                               **COMPLAINT**

15  Robert Meza, et al.,

16              Defendants.

17

18          In disregard of the Court's order—and in yet another instance of vexatious

19  conduct—Plaintiff's Second Amended Complaint ("SAC") improperly includes claims

20  against Karrin Taylor Robson that were dismissed with prejudice and without leave to

21  amend. The Court's Order issued on January 6, 2026, granted Ms. Taylor Robson and

22  Representative Meza's Joint Motion to Dismiss ("Joint Motion") (Doc. 51) "***without leave***

23  ***to amend***" because each of Plaintiff's claims against them are barred as a matter of law by

24  the *Noerr-Pennington* doctrine. (Doc. 100 at 44–50, 66 (emphasis added).) And yet, rather

25  than removing the dismissed claims against Ms. Taylor Robson from the SAC (Counts

26  Three, Four, and Five), Plaintiff restated them almost word for word. (Doc. 104 at 60–69

27  ¶¶ 221–254, 71–72 ¶¶ 266–275.)

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SNELL
& WILMER

The Court should not permit Plaintiff to continue misusing the judicial system and harassing Ms. Taylor Robson with never-ending frivolity—especially when he does so in blatant disregard of court orders. Accordingly, for all the reasons discussed in the Joint Motion (Doc. 51), the Reply in support thereof (Doc. 59), and this Court's January 6 Order (Doc. 100),[1] Ms. Taylor Robson respectfully requests that this Court dismiss or, in the alternative, strike all claims against her in the SAC without leave to amend. *See* Fed. R. Civ. P. 12(b)(6), (f); LRCiv 7.2(m)(1) (permitting motions to "strike any part of a filing or submission on the ground that it is prohibited (or not authorized) by . . . court order.")

---

[1] Ms. Taylor Robson incorporates by reference all arguments made in the Joint Motion and Reply.

SNELL
& WILMER

1

Dated: February 3, 2026

SNELL & WILMER L.L.P.

2

3

By: */s/ Brett W. Johnson*

Brett W. Johnson
Derek C. Flint
Charlene A. Warner
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:      602.382.6000
Facsimile:      602.382.6070

*Attorneys for Defendant Karrin Taylor Robson*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28