Brett W. Johnson (#021527)
Derek C. Flint (#034392)
Charlene A. Warner (#037169)
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
Email: bwjohnson@swlaw.com
       dflint@swlaw.com
       cwarner@swlaw.com

*Attorneys for Defendant Karrin Taylor Robson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Phillip Potter, | Case No. 2:25-cv-00663-PHX-DWL |
|---|---|
| Plaintiff, | **CERTIFICATE OF GOOD FAITH CONSULTATION** |
| v. | |
| Robert Meza, et al., | |
| Defendants. | |

In accordance with LRCiv 12.1(c), undersigned counsel for Defendant Karrin Taylor Robson certifies that an email notifying Plaintiff of the issues asserted in the accompanying Motion was sent to Plaintiff, and a telephonic meet-and-confer was offered, but the parties were unable to meet and resolve the subject of the Motion.

| | |
|---|---|
| Dated: February 3, 2026 | SNELL & WILMER L.L.P. |
| | By: */s/ Brett W. Johnson* |
| | Brett W. Johnson |
| | Derek C. Flint |
| | Charlene A. Warner |
| | One East Washington Street |
| | Suite 2700 |
| | Phoenix, Arizona 85004-2556 |
| | Telephone: 602.382.6000 |
| | Facsimile: 602.382.6070 |
| | |
| | *Attorneys for Defendant Karrin Taylor Robson* |