**CERTIFICATE OF CONFERRAL**

Pursuant to LRCiv. 12.1(c), undersigned counsel for AG Mayes emailed self-represented Plaintiff on January 30, 2026, to identify the issues and arguments to be raised in the Motion to Dismiss the Second Amended Complaint, namely that the Plaintiff has failed to state a claim on Count Two and that subject-matter jurisdiction is lacking. Plaintiff did not propose any amendments to his complaint, and the parties were therefore unable to agree that Plaintiffs' complaint is curable in any part by a permissible amendment.

**RESPECTFULLY SUBMITTED** this 3rd day of February, 2026.

                            **KRISTIN K. MAYES**
                            **ATTORNEY GENERAL**

                            By  /s/ *Joshua A. Katz*
                                  Hayleigh S. Crawford
                                  *Deputy Solicitor General*
                                  Joshua A. Katz
                                  *Assistant Attorney General*
                                  Office of the Arizona Attorney General
                                  2005 N. Central Ave.
                                  Phoenix, Arizona 85004

                                  *Attorneys for Defendant Arizona Attorney*
                                      *General Kristin K. Mayes*