Timothy A. Nelson (#016274)
THE NELSON LAW GROUP, PLLC
24 West Camelback
Suite A#541
Phoenix, Arizona 85013
Telephone:    602.421.2681
Facsimile:    602.456.9982
Email:   tim@nelsonlawsolutions.com

*Attorney for Defendant Robert Meza*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Potter,<br><br>    Plaintiff,<br><br>        v.<br><br>Robert Meza, et al,<br><br>    Defendant. | Case No. 2:25-cv-00663-PHX-DWL<br><br>**DEFENDANT ROBERT MEZA'S JOINDER IN DEFENDANT KARRIN TAYLOR ROBSON'S MOTION TO DISMISS OR STRIKE CLAIMS IN SECOND AMENDED COMPLAINT**<br><br>(Hon. Dominic W. Lanza) |

   Defendant Robert Meza hereby joins in Defendant Karrin Taylor Robson's Motion to Dismiss or Strike Claims in Plaintiff's Second Amended Complaint ("SAC").  This Court's January 6, 2026 Order granted Ms. Taylor Robson's and Rep. Meza's Joint Motion to Dismiss (Doc. 51) "without leave to amend" because each of Plaintiff's claims against them were barred by the *Noerr-Pennington* doctrine (Doc. 100 at 44-50, 66). The SAC, however, fails to remove the claims against Rep. Meza and Ms. Robson Taylor and restates Plaintiffs' allegations against them. (Doc. 104).

   The Court should not permit Plaintiff to continue misusing the judicial system and harassing Rep. Meza and Ms. Taylor Robson with never-ending frivolity—especially when he does so in blatant disregard of court orders. Accordingly, for all the reasons discussed in the Joint Motion (Doc. 51), the Reply in support thereof (Doc. 59) (each of which Rep.

Meza incorporates here by reference), and this Court's January 6, 2026 Order (Doc. 100), Rep. Meza joins in Ms. Taylor Robson's motion and asks that this Court dismiss, or in the alternative, strike all claims against him in the SAC without leave to amend. *See* Fed. R. Civ. P. 12(b)(6), (f); LRCiv 7.2(m)(1) (permitting motions to "strike any part of a filing or submission on the ground that it is prohibited (or not authorized) by . . . court order.").

Dated: February 3, 2026.

THE NELSON LAW GROUP, PLLC

By: */s/ Timothy A. Nelson*
Timothy A. Nelson
24 West Camelback
Suite A#541
Phoenix, Arizona 85013
Telephone:   602.421.2681
Facsimile:    602.456.9982

*Attorney for Defendant Robert Meza*

## CERTIFICATE OF GOOD FAITH CONSULTATION

In accordance with LRCiv 12.1(C), the undersigned counsel for Defendant Robert Meza certifies that an email notifying Plaintiff of Defendant Meza's Joinder in Ms. Taylor Robson's Motion and the bases therefore was sent to Plaintiff, and a telephonic meet-and-confer was offered, but no response was received before the motion was due and the parties were unable to resolve the subject of the Motion or Defendant Meza's joinder therein.

THE NELSON LAW GROUP, PLLC

By: */s/ Timothy A. Nelson*
Timothy A. Nelson
24 West Camelback
Suite A#541
Phoenix, Arizona 85013
Telephone:   602.421.2681
Facsimile:    602.456.9982

*Attorney for Defendant Robert Meza*
