**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Phillip Potter,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Robert Meza, et al.,<br><br>　　　　Defendant. | Case No.  2:25-cv-00663-PHX-DWL<br><br>**ORDER GRANTING DEFENDANT ALANE ORTEGA'S MOTION TO STRIKE** |

The Court has reviewed Defendant Alane Ortega's Motion to Strike the Exhibits from Plaintiff's Responses to Her Motion to Dismiss, and, as a sanction for Plaintiff's misuse of the Court's filing system,

**IT IS ORDERED** striking the exhibits to Plaintiff's Response to Alane Ortega's Motion to Dismiss Second Amended Complaint, Doc. 114-1 and 114-2, and the text of footnote 2 in the Response beginning with the text "This would not be the first time . . . .," from the record;

**IT IS ORDERED** sealing the Response and its exhibits, Doc. 114, 114-1, and 114-2; and

**IT IS FURTHER ORDERED** that Plaintiff refile his Response in the public docket without the stricken text and exhibits.