# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Phillip Potter,

        Plaintiff,

v.

Robert Meza, et al.,

        Defendants.

NO. CV-25-00663-PHX-DWL

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 20, 2026, Plaintiff to take nothing, and the complaint and action are dismissed.

Daniel R. McAllister
District Court Executive/Clerk of Court

July 20, 2026

By   s/ Rebecca Kobza
Deputy Clerk