**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

|  |  |
|---|---|
| Phillip Potter, | No. 2:25-cv-00663-PHX-DWL |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| Robert Meza, et. al., | |
| Defendants. | |

The Court, having considered Plaintiff Phillip Potter's August 5, 2026 Fed. R. Civ. P. Rule 59(e) Motion for Reconsideration (Doc. 127), and having reviewed the record in this matter, IT IS ORDERED that Plaintiff's Motion for Reconsideration is DENIED.

The Court further finds that, given the nature of this ruling and the circumstances surrounding this ruling, it would be impractical for Plaintiff to seek a stay or an injunction pending appeal in this Court.

DATED this _____ day of _____, 2026.


                              _____

The Hon. Dominic W. Lanza
United States District Judge

2