# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF Arizona

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: No. 2:25-cv-00663-PHX-DWL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: February 27, 2025

Date of judgment or order you are appealing: July 20, 2026

Docket entry number of judgment or order you are appealing: 100, 125, 126

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Phillip Potter

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ◉ Yes ○ No

If yes, what is the prior appeal case number? 25-7977

Your mailing address (if pro se):

2301 N. 66th Street

City: Scottsdale State: AZ Zip Code: 85257

Prisoner Inmate or A Number (if applicable):

**Signature** [signature] **Date** 8/19/26

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Phillip Potter

Name(s) of counsel (if any):

None

Address: 2301 N. 66th Street

Telephone number(s): 480-459-0310

Email(s): phillip.t.potter@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Attorney General Kris Mayes and Presiding Judge Pamela Gates (in her administrative capacity)

Name(s) of counsel (if any):

Hayleigh Crawford, Joshua Katz, and Kara Karlson
Office of the Arizona Attorney General

Address: 2005 N. Central Ave., Phoenix, AZ 85004

Telephone number(s): (602) 542-3333

Email(s): Hayleigh.Crawford@azag.gov; Joshua.Katz@azag.gov; Kara.Karlson@

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

**Appellees**

Name(s) of party/parties:

Alane Ortega

Name(s) of counsel (if any):

Jeffrey Silence, Trevor Cook

Address: 20235 N. Cave Creek Rd., Ste 104 # 460, Phoenix, AZ 85024

Telephone number(s): (602) 932-8358

Email(s): jeff@silencelaw.com; trevor@silencelaw.com

Name(s) of party/parties:

Robert Meza

Name(s) of counsel (if any):

Tim Nelson

Address: 24 West Camelback Road, Suite A#541, Phoenix, Arizona 85013

Telephone number(s): (602) 421-2681

Email(s): tim@nelsonlawsolutions.com

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ◯ Yes ◯ No

**Appellees**

Name(s) of party/parties:

Karrin Taylor Robson

Name(s) of counsel (if any):

Brett W. Johnson; Derek C. Flint

Address: One East Washington Street, Suite 2700, Phoenix, Arizona 85004-2556

Telephone number(s): (602) 382-6000

Email(s): bwjohnson@swlaw.com; dflint@swlaw.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*