Generated: Aug 19, 2026 10:28AM



FILED ✓ ___ LODGED
___ RECEIVED ___ COPY
AUG 19 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# U.S. District Court

## Arizona - Phoenix

Receipt Date: Aug 19, 2026 10:28AM

PHILLIP POTTER

Rcpt. No: 200023561 Trans. Date: Aug 19, 2026 10:28AM Cashier ID: #LY (6784)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #500756766 | 08/19/2026 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: CV25-663

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.