UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 31 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Mr. PHILLIP POTTER,

Plaintiff - Appellant,

v.

ROBERT MEZA, in his private capacity; et al.,

Defendants - Appellees.

No. 25-7977

D.C. No.
2:25-cv-00663-DWL

District of Arizona,
Phoenix

MANDATE

The judgment of this Court, entered August 07, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT