UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 7 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PHILLIP POTTER,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ROBERT MEZA, in his private capacity; et al.,<br><br>Defendants - Appellees. | No. 25-7977<br><br>D.C. No.<br>2:25-cv-00663-DWL<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: McKEOWN, TALLMAN, and MENDOZA, JR., Circuit Judges.

The district court entered a final judgment dismissing this action on July 20, 2026. This preliminary injunction appeal is therefore moot. *See SEC v. Mount Vernon Mem'l Park*, 664 F.2d 1358, 1361 (9th Cir. 1982) (when district court enters final judgment, appeal from preliminary injunction becomes moot).

The motion (Docket Entry No. 42) to dismiss is granted. All other pending motions are denied as moot.

**DISMISSED.**